1  JULIAN M. BAUM (CA State Bar No. 130892)
   ROBERT C. WEEMS
2  BAUM & WEEMS
3  9 Tenaya Lane
   Novato, California 94947
4  Telephone: (415) 892-3152
   Facsimile: (415) 892-3096
5
6  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ALLANA OLIPHANT, an individual, | ) | |
|---|---|---|
| | ) | Case No. |
| Plaintiff, | ) | |
| | ) | <u>CERTIFICATION OF INTERESTED</u> |
| v. | ) | <u>ENTITIES OR PERSONS</u> |
| | ) | |
| KAISER PERMANENTE GROUP LONG | ) | |
| TERM DISABILITY PLAN; KAISER | ) | |
| FOUNDATION HEALTH PLAN, INC., in its | ) | |
| capacity as Plan Administrator; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

.

////

////

////

////

////

1 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

3   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
4 named plaintiff and her immediate family (her spouse and children), there is no such interest to
5 report.

7 Dated: September 18, 2007

        JULIAN M. BAUM
        ROBERT C. WEEMS
        BAUM & WEEMS

by /s/ Julian M. Baum
    JULIAN M. BAUM
    Attorneys for Plaintiff