**United States District Court**
For the Northern District of California

1
2
3
4
5
6                             IN THE UNITED STATES DISTRICT COURT
7
                            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   MARK A. EPPLER                                    NO. CV 07-04696 WHA

11            Plaintiff,                               **CLERK'S NOTICE RE: FAILURE
        v.                                             TO FILE ELECTRONICALLY
12                                                     AND/OR REGISTER AS AN E-
                                                       FILER**
13   LONG TERM DISABILITY AND LIFE PLAN                **SECOND NOTICE**
              Defendant.
14   _____/

15
16   On 09/12/07, counsel for Plaiantiff filed a Complaint (Doc. 1) and Certificate of Interested Entities

17   (Doc. 2) manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule

18   5-4 and General Order 45.

19
20   The above mentioned  paper document has been filed and docketed. However, General Order 45

21   provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be

22   presumptively designated" as e-filing cases. Therefore, counsel for Plaintiff  should submit the

23   Complaint (Doc. 1) and Certificate (Doc. 2), in PDF format within 10 days, as an attachment in an *e-

24   mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov.

25   (Click on the **Judges** button and follow the procedure listed there).  Do *not* e-file a document which has

26   been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers

27   should be e-filed.

28

Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users must do so immediately.  Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: November 13, 2007         <u>Susan Imbriani</u>
                                 Deputy Clerk

                                 *Susan Imbriani* (signature)

2