**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 20, 2007

Case No.  C 07-04696 WHA

Title: MARK A. EPPLER  v.  LONG TERM DISABILITY

Plaintiff Attorneys: Julian Baum

Defense Attorneys: Laura Fannon

Deputy Clerk:  Dawn Toland          Court Reporter: Joan Columbini

**PROCEEDINGS**

1)     CMC - HELD

2)

Continued to __ for Motion

Continued to __ for Pretrial Conference

Continued to __ for Jury Trial

**ORDERED AFTER HEARING:**

Defendant shall file an exhaustion motion by 1/3/08.  The administrative record shall be completed by 3/27/08.