# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Eppler, | 07-04696 WHA ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Long Term Disability and Life Plan for Employees o, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**C. Mark Humbert**
Green & Humbert
220 Montgomery Street, Ste. 438
San Francisco, CA 94104
415-837-5433
markh@lifehealthlaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-04696 WHA ENE                                     - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: January 3, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Evaluator**
07-04696 WHA ENE                    - 2 -