**EXHIBIT 1**



# GROUP BENEFIT PLAN

## MINNESOTA METHANE LLC

302812(GRH/GLT/GVL)1 Short Term Disability, Long Term Disability, Life and Accidental Death and Dismemberment

E 626

# TABLE OF CONTENTS

**Group Short Term Disability Benefits**

PAGE

CERTIFICATE OF INSURANCE ...................................................................................................... 2
SCHEDULE OF INSURANCE .......................................................................................................... 3
    Must you contribute toward the cost of coverage? ......................................................................... 3
    Who is eligible for coverage? ......................................................................................................... 3
    When will You become eligible? (Eligibility Waiting Period) ....................................................... 3
ELIGIBILITY AND ENROLLMENT ................................................................................................. 3
    When does your coverage start? ...................................................................................................... 4
    When will coverage become effective if a disabling condition causes you to be absent from work on the date it
    is to start? ........................................................................................................................................ 4
BENEFITS ........................................................................................................................................... 4
    How do benefits become payable for Total Disability? .................................................................. 4
    How are benefits paid for Partial Disability? .................................................................................. 5
    When will benefit payments cease? ................................................................................................. 5
    What is Vocational Rehabilitation? ................................................................................................. 6
EXCLUSIONS ...................................................................................................................................... 6
    What disabilities are not covered? .................................................................................................. 6
TERMINATION .................................................................................................................................... 6
    When does your insurance terminate? ............................................................................................. 7
    Does your insurance coverage continue while you are Disabled and no longer an Active Full-time Employee? ....... 7
GENERAL PROVISIONS .................................................................................................................... 7
DEFINITIONS ...................................................................................................................................... 9
STATUTORY PROVISIONS ............................................................................................................. 46
ERISA ................................................................................................................................................. 50

A note on capitalization in this benefits booklet:

Capitalization of the first letter of a word or phrase not normally capitalized according to the rules of standard
punctuation (Weekly Earnings, for example) indicates a word or phrase that is defined in the DEFINITIONS section,
or that refers back to an item found in the Schedule of Benefits.

PS-M-73

E 628

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
Hartford, Connecticut
(Herein called Hartford Life)

---

### CERTIFICATE OF INSURANCE

**under Master Group Insurance Policy GVL-016003**
**Effective August 1, 1989**
Issued by
**Hartford Life**
to
**TRUSTEE OF**
**THE WHOLESALE TRADE INDUSTRY GROUP VOLUNTARY LIFE AND DISABILITY INSURANCE TRUST**
(Herein called the Policyholder)

---

This is to certify that We have issued and delivered the above named Group Insurance Policy to The Policyholder. The Policy provides group insurance benefits to the Participant Employer's employees who:
- are eligible for the insurance;
- become insured; and
- continue to be insured,
according to the terms of the Policy.

The terms of the Policy which affect an employee's insurance are contained in the following pages.
This Certificate of Insurance and the following pages will become Your Booklet-certificate. This Booklet-certificate is a part of the Policy.

This Booklet-certificate replaces any other which We may have issued to the Participant Employer to give to You under the Policy specified herein.


Christine Hayer Repasy, *Secretary*                    Thomas M. Marra, *President*

Z(30)GVL

2

E 629

## SCHEDULE OF INSURANCE

Final interpretation of all provisions and coverages will be governed by the Group Insurance Policy on file with Hartford Life at its home office.

| | |
|---|---|
| Account Number: | 302812 |
| Employer: | MINNESOTA METHANE LLC |
| Plan Effective Date: | July 12, 2003 |

This plan of Short Term Disability Insurance provides you with short term income protection if you become Disabled from a covered accident, sickness or pregnancy.

**Must you contribute toward the cost of coverage?**
You do not contribute toward the cost of coverage.

**Who is eligible for coverage?**

| | |
|---|---|
| Eligible Class(es): | All Active Full-time Employees who are U.S. citizens or U.S. residents, excluding temporary and seasonal employees |
| Full-time Employees: | 20 hours weekly |

The **Weekly Benefit** will be the lesser of:
- 66 2/3% of your Weekly Earnings; or
- $1,500,

reduced by Other Income Benefits.

The **Maximum Duration of Benefits** for a Disability is:
- 25 week(s) if caused by Accident;
- 25 week(s) if caused by Sickness.

**Benefits Commence** for Disability caused by:
- Accident: on the 8th day of Total Disability
- Sickness: on the 8th day of Total Disability

**When will You become eligible? (Eligibility Waiting Period)**
You are eligible on the later of either the Plan Effective Date or the date You enter an eligible class.

## ELIGIBILITY AND ENROLLMENT

**Who are Eligible Persons?**
All persons in the class or classes shown in the Schedule of Insurance will be considered Eligible Persons.

**When will you become eligible?**
You will become eligible for coverage on either:
1. the Plan Effective Date, if you have completed the Eligibility Waiting Period; or if not
2. the date on which you complete the Eligibility Waiting Period.

See the Schedule of Insurance for the Eligibility Waiting Period.

**How do you enroll?**
Eligible Persons will be enrolled automatically by the Employer.

E 630

## WHEN COVERAGE STARTS

**When does your coverage start?**
If you are not required to contribute toward the plan's cost, your coverage will start on the date you become eligible.

## DEFERRED EFFECTIVE DATE

**Will coverage become effective if a disabling condition causes you to be absent from work on the date it is to start?**
If you are absent from work due to your:
1. accidental bodily injury;
2. sickness;
3. pregnancy;
4. Mental Illness; or
5. Substance Abuse,

on the date your insurance or increase in coverage would otherwise have become effective, the effective date of the coverage or increase in coverage will be deferred until you have been Actively at Work for one full work-day.

## CHANGES IN COVERAGE

**Do coverage amounts change if there is a change in your class or your rate of pay?**
Your coverage may increase or decrease on the date there is a change in your class or Weekly Earnings. However, no increase in coverage will be effective unless on that date you:
1. are an Active Full-time Employee; and
2. are not absent from work due to your being Disabled.

If you were so absent from work, the effective date of such increase will be deferred until you are Actively at Work for one full day.

No change in your Weekly Earnings will become effective until the date we receive notice of the change.

**What happens if the Employer changes the Plan?**
Any increase or decrease in coverage because of a change in the Schedule of Insurance will become effective on the date of the change, except that the limitations on increases stated in the Deferred Effective Date provision will apply.

## BENEFITS

**How do benefits become payable for Total Disability?**
If, while covered under this Benefit, you become Totally Disabled, and furnish proof to us that you remain Totally Disabled, we will pay the Weekly Benefit shown in the Schedule of Insurance.

The amount of any Weekly Benefit payable shall be reduced by the total amount of all Other Income Benefits, including any amount for which you could collect but did not apply.

See the Schedule of Insurance for the Weekly Benefit, the Maximum Duration of Benefits, and when Benefits Commence.

No benefits will be payable unless you are under the care of a Physician other than yourself.

E 631

## PARTIAL DISABILITY BENEFITS

**How are benefits paid for Partial Disability?**
After benefits have commenced for Total Disability, if you return to work on a part-time or limited duty basis because you are Partially Disabled, the following calculation is used to determine your Weekly Benefit:

$$\text{Weekly Benefit} = ((A - B) / A) \times C$$

<u>Where</u>

A = Your pre-disability Weekly Earnings.
B = Your Current Weekly Earnings.
C = The Weekly Benefit payable if you were Totally Disabled.

If you are participating in a program of Rehabilitative Employment approved by us, your Weekly Benefit will be determined by the Rehabilitative Employment Benefit.

**How is a benefit calculated for a period of less than a week?**
If a Weekly Benefit is payable for less than a week, we will pay 1/5 of the Weekly Benefit for each day you were Disabled.

**When will benefit payments cease?**
Benefit payments will stop on the first to occur of:
1.  the date you are no longer Disabled;
2.  the date you fail to furnish proof that you continue to be Disabled;
3.  the date you refuse to be examined, if we require an examination;
4.  the last day benefits are payable according to the Maximum Duration of Benefits shown in the Schedule of Insurance; or
5.  the date you die.

## RECURRENT DISABILITY

**What happens to your benefits if you return to work as an Active Full-time Employee and then become Disabled again?**
If you return to work as an Active Full-time Employee for 30 consecutive days or more, any recurrence of a disability will be treated as a new Disability with respect to when Benefits Commence and the Maximum Duration of Benefits, as shown in the Schedule of Insurance.

If recurrent periods of Disability are:
1.  due to the same or a related cause; and
2.  separated by less than 30 consecutive days of work as an Active Full-time Employee,

they will be considered to be the same period of Disability.

## MULTIPLE CAUSES

**How long will benefits be paid if a period of Disability is extended by another cause?**
If a period of Disability is extended by a new cause while weekly benefits are payable, weekly benefits will continue while you remain Disabled, subject to the following:
1.  weekly benefits will not continue beyond the end of the original Maximum Duration of Benefits; and
2.  the Exclusions will apply to the new cause of Disability.

E 632

# VOCATIONAL REHABILITATION

**What is Vocational Rehabilitation?**

**Vocational Rehabilitation** means employment or services that prepare you, if Disabled, to resume gainful work.

Our Vocational Rehabilitative Services include, when appropriate, any necessary and feasible:
1. vocational testing;
2. vocational training;
3. work-place modification;
4. prosthesis; or
5. job placement.

# REHABILITATIVE EMPLOYMENT

**Rehabilitative Employment** means employment that is part of a program of Vocational Rehabilitation. Any program of Rehabilitative Employment must be approved, in writing, by us.

**Do earnings from Rehabilitative Employment affect the Weekly Benefit?**
If you are Disabled and are engaged in an approved program of Rehabilitative Employment, your Weekly Benefit will be:
1. the amount calculated for Total Disability; but
2. reduced by 50% of the income received from each week of such Rehabilitative Employment.

The sum of your Weekly Benefit and total income received under this provision may not exceed 100% of your pre-disability Weekly Earnings. If this sum exceeds your pre-disability Weekly Earnings, the Weekly Benefit paid by us will be reduced proportionately.

# EXCLUSIONS

**What Disabilities are not covered?**
The plan does not cover, and no benefit shall be paid for, any:
1. injury, sickness, Mental Illness, Substance Abuse, or pregnancy not being treated by a Physician or surgeon;
2. Disability caused or contributed to by war or act of war (declared or not);
3. Disability caused by your commission of or attempt to commit a felony, or to which a contributing cause was your being engaged in an illegal occupation;
4. Disability caused or contributed to by an intentionally self-inflicted injury;
5. sickness or injury for which workers' compensation benefits are paid, or may be paid, if duly claimed; or
6. injury sustained as a result of doing any work for pay or profit for another employer.

If you are receiving, or are eligible to receive, benefits for a Disability under a prior plan of disability benefits that:
1. was sponsored by the Employer; and
2. was terminated on the day before the Effective Date of this plan,

then no benefits will be payable for the Disability under this plan.

# TERMINATION

6

E 633

**When does your insurance terminate?**
Your insurance will terminate on the earliest of:
1. the date the Group Insurance Policy terminates;
2. the date the Group Insurance Policy no longer insures your class;
3. the date premium payment is due but not paid by the Employer;
4. the last day of the period for which you make any required premium contribution, if you fail to make any further required contribution;
5. the date on which you cease to be an Active Full-time Employee in an eligible class, including:
   a) temporary layoff;
   b) leave of absence; or
   c) work stoppage (including a strike or lockout); or
   d) the date your Employer ceases to be a Participant Employer, if applicable.

**Does your insurance continue while you are Disabled and no longer an Active Full-time Employee?**
If you are no longer an Active Full-time Employee because you are Disabled, your Short Term Disability Insurance will be continued:
1. while you remain Disabled; and
2. until the end of the period for which you are entitled to receive Short Term Disability Benefits.

After Short Term Disability benefit payments have ceased, your insurance will be reinstated, provided:
1. you return to work for one full day as an Active Full-time Employee in an eligible class;
2. the Group Insurance Policy remains in force; and
3. the premiums for you were paid during your Disability, and continue to be paid.

**Do benefits continue if the Group Insurance Policy terminates?**
If you are entitled to benefits while Disabled and the Group Insurance Policy terminates, benefits:
1. will continue as long as you remain Disabled by the same disabling condition; but
2. will not be provided beyond the date we would have ceased to pay benefits had the insurance remained in force.

Termination for any reason of the Group Insurance Policy or your employer's participation in such policy will have no affect on our liability under this provision.

## GENERAL PROVISIONS

**What happens if facts are misstated?**
If material facts about you were not stated accurately:
1. your premium may be adjusted; and
2. the true facts will be used to determine if, and for what amount, coverage should have been in force.

No statement made by you relating to your insurability will be used to contest the insurance for which the statement was made after the insurance has been in force for two years during your lifetime. In order to be used, the statement must be in writing and signed by you.

**When should we be notified of a claim?**
You must give us written notice of a claim within 30 days after Disability starts. If notice cannot be given within that time, it must be given as soon as reasonably possible. Such notice must include your name, your address and the Group Insurance Policy number.

**Are special forms required to file a claim?**
When we receive a notice of claim, you will be sent forms for providing us with proof of loss. We will send these forms within 15 days after receiving a notice of claim. If we do not send the forms within 15 days, you may submit any other written proof which fully describes the nature and extent of your claim.

E 634

**When must proof of loss be given?**

Written proof of your Disability must be sent to us within 90 days after the start of the period for which we owe payment. After that, we may require further written proof that you are still Disabled. If proof is not given by the time it is due, it will not affect the claim if:

1. it was not possible to give proof within the required time; and
2. proof is given as soon as reasonably possible; but
3. not later than 1 year after it is due, unless you are not legally competent.

We have the right to require, as part of the proof of loss:

1. your signed statement identifying all Other Income Benefits; and
2. proof satisfactory to us that you and your dependents have duly applied for all Other Income Benefits which are available.

**May additional proof be required?**

We may have you examined to determine if you are Disabled. Any such examination will be:

1. at our expense; and
2. as reasonably required by us.

We reserve the right to determine if your proof of loss is satisfactory.

**Who gets the benefit payments?**

All payments are payable to you. Any payments owed at your death may be paid to your estate. If any payment is owed to your estate, we may pay up to $1,000 to any of your relatives who is entitled to it in our opinion. Any such payment shall fulfill our responsibility for the amount paid.

**When are payment checks issued?**

If written proof of loss is furnished, accrued benefits will be paid at the end of each week that you are Disabled. If payment is due at the end of a claim, it will be paid as soon as the written proof of loss is received.

**What notification will you receive if your claim is denied?**

If a claim for benefits is wholly or partly denied, you will be furnished with written notification of the decision. This written decision will:

1. give the specific reason(s) for the denial;
2. make specific reference to the policy provisions on which the denial is based;
3. provide a description of any additional information necessary to prepare a claim and an explanation of why it is necessary; and
4. provide an explanation of the review procedure.

**What recourse do You have if Your claim is denied?**

On any claim, the claimant or His representative must appeal to Us for a full and fair review.

1. You must request a review upon written application within:
    a)  180 days of receipt of claim denial if the claim requires a determination of disability, or
    b)  60 days of receipt of claim denial for all other claims; and
2. you may request copies of all documents, records, and other information relevant to your claim; and
3. you may submit written comments, documents, records, and other information relating to your claim.

We will respond to you in writing with our final decision on your claim.

**When can legal action be started?**

Legal action cannot be taken against us:

1. sooner than 60 days after due proof of loss has been furnished; or
2. later than the expiration of:
    a)  3 years; or if longer
    b)  the period of time stated in the applicable Statute of Limitations,

after the time written proof of loss is required to be furnished according to the terms of the Group Insurance Policy.

E 635

**What are our subrogation rights?**
If you:
1.   suffer a Disability because of the act or omission of a third party;
2.   become entitled to and are paid benefits under the Group Insurance Policy in compensation for lost wages; and
3.   do not initiate legal action for the recovery of such benefits from the third party in a reasonable period of time,

then we will be subrogated to any rights you may have against the third party and may, at our option, bring legal action to recover any payments made by us in connection with the Disability.

**Must you apply for Social Security Disability Benefits?**
We may require that you apply for Social Security Disability Benefits if it appears that your Disability may meet the minimum duration required to qualify for such benefits. If the Social Security Administration denies your eligibility for any such benefits, you will be required to follow the process established by the Social Security Administration to reconsider the denial and, if denied again, to request a hearing before an Administrative Law Judge of the Office of Hearing and Appeals.

**Who interprets policy terms and conditions?**
We have full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of the Group Insurance Policy.

## DEFINITIONS

The terms listed will have these meanings:

**Active Full-time Employee** means an employee who works for the Employer on a regular basis in the usual course of the Employer's business. Such employee must work the number of hours in the Employer's normal work week. This must be at least the number of hours for Full-time Employment shown in the Schedule of Insurance.

**Actively at Work**
You will be considered to be actively at work with the Employer on a day which is one of the Employer's scheduled work days if you are performing, in the usual way, all of the regular duties of your job on a Full-time basis on that day. You will be deemed to be actively at work on a day which is not one of the Employer's scheduled work days only if you were actively at work on the preceding scheduled work day.

**Current Weekly Earnings** means the Weekly Earnings you receive from any employer or for any work while Disabled and eligible for Partial Disability benefits under this plan.

**Disability** means Total or Partial Disability.

**Disabled** means Totally or Partially Disabled.

**Employer** means the Participant Employer.

**Fund** means the trust fund established by the Trustee of the Group Voluntary Life and Disability Insurance Trust.

**Mental Illness** means any psychological, behavioral or emotional disorder or ailment of the mind, including physical manifestations or psychological, behavioral or emotional disorders, but excluding demonstrable structural brain damage.

E 636

**Other Income Benefits** mean the amount of any benefit for loss of income, provided to you or to your family as a result of the period of Disability for which you are claiming benefits under this plan. This includes any such benefits for which you or your family are eligible, or that are paid to you, your family, or to a third party on your behalf. This includes the amount of any benefit for loss of income from:

1.  the United States Social Security Act, the Civil Service Retirement System, the Railroad Retirement Act, the Jones Act, the Canada Pension Plan, the Quebec Pension Plan or similar plan or act that you, your spouse, or your children are eligible to receive because of your Disability;
2.  any plan or arrangement of coverage, whether insured or not, as a result of employment by or association with the Employer, or as a result of membership in or association with any group, association, union or other organization;
3.  the Veteran's Administration or any other foreign or domestic governmental agency for the same Disability;
4.  any governmental law or program that provides disability or unemployment benefits as a result of your job with the Employer;
5.  any temporary or permanent disability benefits under a workers' compensation law, occupational disease law, or similar law; or
6.  individual insurance policy where the premium is wholly or partially paid by the Employer.

Other Income Benefits will also include the amount of any benefits for loss of income from:
1.  the portion of a settlement or judgement, minus associated costs, of a lawsuit that represents or compensates for your loss of earnings; or
2.  compulsory "no-fault" automobile insurance.

Any general increase in benefits required by law that you are entitled to receive under any Federal Law will not reduce the Short Term Disability Benefit payable for a period of Total Disability that began prior to the date of such increase.

If you are paid Other Income Benefits in a lump sum, we will pro-rate the lump sum:
1.  over the period of time it would have been paid if not paid in a lump sum; or
2.  if such period of time cannot be determined, over a period of 260 weeks.

**Partial Disability or Partially Disabled** means that, immediately following a period of Total Disability for which you were eligible to receive a Weekly Benefit, you are:
1.  still prevented by the same disabling condition from performing essential duties of your occupation; but
2.  you have recovered to the extent that you are:
    a)  able to perform some, but not all, of the essential duties of your or any occupation; and
    b)  as a result, you are earning more than 20% but no more than 80% of your pre-disability Weekly Earnings.

**Participant Employer** means an employer who agrees to pay the required contributions for his employees to the Fund.

**Physician** means a practitioner of a healing art, which we are required by law to recognize, who is properly licensed, and practicing within the scope of that license.

**Prior Plan** means the short term disability plan carried by the Employer on the day before the Plan Effective Date.

**Sickness vs. Accident**
A Disability shall be deemed to be caused by sickness, and not by accident, if:
1.  it is caused or contributed to by:
    a)  any condition, disease or disorder of the body or mind;
    b)  any infection, except a pus-forming infection of an accidental cut or wound;
    c)  hernia of any type unless it is the immediate result of an accidental injury covered by this plan;
    d)  any disease of the heart;
    e)  Mental Illness;
    f)  Substance Abuse;
    g)  pregnancy;
    h)  any medical treatment for items (a) through (g) above; or
2.  it is caused directly or indirectly by accident, but commences more than 30 days after the date of the accident.

E 637

**Substance Abuse** means the pattern of pathological use of alcohol or other psychoactive drugs and substances characterized by:
1. impairments in social and/or occupational functioning;
2. debilitating physical condition;
3. inability to abstain from or reduce consumption of the substance; or
4. the need for daily substance use to maintain adequate functioning.

Substance includes alcohol and drugs but excludes tobacco and caffeine.

**Total Disability or Totally Disabled** means that you are prevented by:
1. accidental bodily injury;
2. sickness;
3. Mental Illness;
4. Substance Abuse; or
5. pregnancy,

from performing the essential duties of your occupation, and as a result, you are earning less than 20% of your pre-disability Weekly Earnings.

**We, us** or **our** means the Hartford Life and Accident Insurance Company.

**Weekly Earnings** means your usual weekly rate of pay from the Employer, not counting:
1. commissions;
2. bonuses;
3. overtime pay; or
4. any other fringe benefit or extra compensation.

If you become Disabled, your Weekly Earnings will be the rate in effect on your last day as an Active Full-time Employee before becoming Totally Disabled.

**You** or **your** means the insured person to whom this Booklet-certificate is issued.

E 638

# TABLE OF CONTENTS

### Group Long Term Disability Benefits

PAGE

CERTIFICATE OF INSURANCE .................................................................................................. 13
SCHEDULE OF INSURANCE ..................................................................................................... 14
  Must you contribute toward the cost of coverage? ................................................................ 14
  Who is eligible for coverage? ................................................................................................. 14
  When will You become eligible? (Eligibility Waiting Period) ................................................ 14
ELIGIBILITY AND ENROLLMENT ............................................................................................ 15
  When does your coverage start? ............................................................................................. 15
  When will coverage become effective if a disabling condition causes you to be absent from work on the date it
  is to start? ............................................................................................................................... 16
BENEFITS .................................................................................................................................... 16
  When do benefits become payable? ........................................................................................ 16
  When will benefit payments terminate? ................................................................................. 17
  What happens if you Recover during the Elimination Period but become Disabled again? ...... 17
CALCULATION OF MONTHLY BENEFIT ................................................................................. 18
  What is Rehabilitation? ........................................................................................................... 19
  Family Care Credit Benefit ..................................................................................................... 19
  Survivor Income Benefit ......................................................................................................... 19
  Workplace Modification Benefit ............................................................................................. 20
PRE-EXISTING CONDITIONS LIMITATIONS .......................................................................... 21
  Are there any other limitations on coverage? ......................................................................... 21
EXCLUSIONS .............................................................................................................................. 22
  What Disabilities are not covered? ......................................................................................... 22
TERMINATION ............................................................................................................................ 23
  When does your coverage terminate? ..................................................................................... 23
  Does your coverage continue if your employment terminates because you are Disabled? ...... 23
GENERAL PROVISIONS ............................................................................................................. 23
DEFINITIONS .............................................................................................................................. 27
STATUTORY PROVISIONS ......................................................................................................... 46
ERISA .......................................................................................................................................... 50

PS-M-90

E 639

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
Hartford, Connecticut
(Herein called Hartford Life)

---

## CERTIFICATE OF INSURANCE

### under Master Group Insurance Policy GVL-016003
**Effective August 1, 1989**
Issued by
**Hartford Life**
to
**TRUSTEE OF**
**THE·WHOLESALE TRADE INDUSTRY GROUP VOLUNTARY LIFE AND DISABILITY INSURANCE TRUST**
(Herein called the Policyholder)

---

This is to certify that We have issued and delivered the above named Group Insurance Policy to The Policyholder. The Policy provides group insurance benefits to the Participant Employer's employees who:

- are eligible for the insurance;
- become insured; and
- continue to be insured,

according to the terms of the Policy.

The terms of the Policy which affect an employee's insurance are contained in the following pages.
This Certificate of Insurance and the following pages will become Your Booklet-certificate. This Booklet-certificate is a part of the Policy.

This Booklet-certificate replaces any other which We may have issued to the Participant Employer to give to You under the Policy specified herein.

Christine Hayer Repasy, *Secretary*                    Thomas M. Marra, *President*

Z(30)GVL

13

E 640

## SCHEDULE OF INSURANCE

Final interpretation of all provisions and coverages will be governed by the Group Insurance Policy on file with Hartford Life at its home office.

| | |
|---|---|
| Account Number: | 302812 |
| Employer: | MINNESOTA METHANE LLC |
| Plan Effective Date: | July 12, 2003 |

This plan of Disability Insurance provides you with loss of income protection if you become disabled from a covered accidental bodily injury, sickness or pregnancy.

**Must you contribute toward the cost of coverage?**
You do not contribute toward the cost of coverage.

**Who is eligible for coverage?**

| | |
|---|---|
| Eligible Class(es): | All Active Full-time Employees who are U.S. citizens or U.S. residents, excluding temporary and seasonal Employees |
| Full-time Employees: | 20 hours weekly |
| **Maximum Monthly Benefit:** | $8,000 |

The **Minimum Monthly Benefit** will be the greater of:
- $100; or
- 10% of the benefit based on Monthly Income Loss before the deduction of Other Income Benefits.

**Benefit Percentage:**                66 2/3%

**When will You become eligible? (Eligibility Waiting Period)**
You are eligible on the later of either the Plan Effective Date or the date You enter an eligible class.

**The Elimination Period** is the period of time you must be Disabled before benefits become payable. It is the last to be satisfied of the following:
1. the first 180 consecutive day(s) of any one period of Disability; or
2. with the exception of benefits required by state law, the expiration of any Employer sponsored short term disability benefits or salary continuation program.

### MAXIMUM DURATION OF BENEFITS TABLE

| Age When Disabled | Benefits Payable |
|---|---|
| Prior to Age 63 | To Normal Retirement Age or 42 months, if greater |
| Age 63 | To Normal Retirement Age or 36 months, if greater |
| Age 64 | 30 months |
| Age 65 | 24 months |
| Age 66 | 21 months |
| Age 67 | 18 months |
| Age 68 | 15 months |
| Age 69 and over | 12 months |

E 641

Normal Retirement Age means the Social Security Normal Retirement Age as stated in the 1983 revision of the United States Social Security Act. It is determined by your date of birth as follows:

| Year of Birth | Normal Retirement Age |
| --- | --- |
| 1937 or before | 65 |
| 1938 | 65 + 2 months |
| 1939 | 65 + 4 months |
| 1940 | 65 + 6 months |
| 1941 | 65 + 8 months |
| 1942 | 65 + 10 months |
| 1943 thru 1954 | 66 |
| 1955 | 66 + 2 months |
| 1956 | 66 + 4 months |
| 1957 | 66 + 6 months |
| 1958 | 66 + 8 months |
| 1959 | 66 + 10 months |
| 1960 or after | 67 |

The above table shows the maximum duration for which benefits may be paid. All other limitations of the plan will apply.

## ELIGIBILITY AND ENROLLMENT

**Who are Eligible Persons?**
All persons in the class or classes shown in the Schedule of Insurance will be considered Eligible Persons.

**When will you become eligible?**
You will become eligible for coverage on either:
1. the Plan Effective Date, if you have completed the Eligibility Waiting Period; or if not
2. the date on which you complete the Eligibility Waiting Period.

See the Schedule of Insurance for the Eligibility Waiting Period.

**How do you enroll?**
Eligible Persons will be enrolled automatically by the Employer.

## WHEN COVERAGE STARTS

**When does your coverage start?**
If you are not required to contribute toward the plan's cost, your coverage will start on the date you become eligible.

E 642

## DEFERRED EFFECTIVE DATE

**When will coverage become effective if a disabling condition causes you to be absent from work on the date it is to start?**
If you are absent from work due to:
1. accidental bodily injury;
2. sickness;
3. pregnancy;
4. Mental Illness; or
5. Substance Abuse,

on the date your insurance or increase in coverage would otherwise have become effective, your effective date will be deferred. Your insurance, or increase in coverage will not become effective until you are Actively at Work for one full day.

## CHANGES IN COVERAGE

**Do coverage amounts change if there is a change in your class or your rate of pay?**
Your coverage may increase or decrease on the date there is a change in your class or Monthly Rate of Basic Earnings. However, no increase in coverage will be effective unless on that date you:
1. are an Active Full-time Employee; and
2. are not absent from work due to being Disabled.

If you were so absent from work, the effective date of such increase will be deferred until you are Actively at Work for one full day.

No change in your Rate of Basic Earnings will become effective until the date we receive notice of the change.

**What happens if the Employer changes the plan?**
Any increase or decrease in coverage because of a change in the Schedule of Insurance will become effective on the date of the change, subject to the following limitations on an increase:
1. the Deferred Effective Date provision; and
2. Pre-existing Conditions Limitations.

## BENEFITS

**When do benefits become payable?**
You will be paid a monthly benefit if:
1. you become Disabled while insured under this plan;
2. you are Disabled throughout the Elimination Period;
3. you remain Disabled beyond the Elimination Period;
4. you are, and have been during the Elimination Period, under the Regular Care of a Physician; and
5. you submit Proof of Loss satisfactory to us.

Benefits accrue as of the first day after the Elimination Period and are paid monthly.

E 643

**When will benefit payments terminate?**
We will terminate benefit payment on the first to occur of:
1. the date you are no longer Disabled as defined;
2. the date you fail to furnish Proof of Loss, when requested by us;
3. the date you are no longer under the Regular Care of a Physician, or refuse our request that you submit to an examination by a Physician;
4. the date you die;
5. the date your Current Monthly Earnings exceed:
   a) 80% of your Indexed Pre-disability Earnings if you are receiving benefits for being Disabled from Your Occupation;
   b) an amount that is equal to the product of your Indexed Pre-disability Earnings and the Benefit Percentage if you are receiving benefits for being Disabled from Any Occupation;
6. the date determined from the Maximum Duration of Benefits Table shown in the Schedule of Insurance;
7. the date no further benefits are payable under any provision in this plan that limits benefit duration; or
8. the date you refuse to cooperate with or try:
   a) modifications made to the work site or job process to accommodate your identified medical limitations to enable you to perform the Essential Duties of Your Occupation;
   b) adaptive equipment or devices designed to accommodate your identified medical limitations to enable you to perform the Essential Duties of Your Occupation;
   c) modifications made to the work site or job process to accommodate your identified medical limitations to enable you to perform the Essential Duties of Any Occupation, if you were receiving benefits for being disabled from Any Occupation; or
   d) adaptive equipment or devices designed to accommodate your identified medical limitations to enable you to perform the Essential Duties of Any Occupation, if you were receiving benefits for being disabled from Any Occupation,

   provided a qualified Physician agrees that such modifications or adaptive equipment accommodate your medical limitation; or
9. the date you refuse to receive recommended treatment that is generally acknowledged by physicians to cure, correct or limit the disabling condition.

## MENTAL ILLNESS AND SUBSTANCE ABUSE BENEFITS

**Are benefits limited for Mental Illness or Substance Abuse?**
If you are Disabled because of:
1. Mental Illness that results from any cause;
2. any condition that may result from Mental Illness;
3. alcoholism; or
4. the non-medical use of narcotics, sedatives, stimulants, hallucinogens, or any other such substance,

then, subject to all other Policy provisions, benefits will be payable:
1. only for so long as you are confined in a hospital or other place licensed to provide medical care for the disabling condition; or
2. when you are not so confined, a total of 24 months for all such Disabilities during your lifetime.

## RECURRENT DISABILITY

**What happens if you Recover during the Elimination Period but become Disabled again?**
Periods of Recovery during the Elimination Period will not interrupt the Elimination Period, provided the number of days you return to work as an Active Full-time Employee are less than one-half (1/2) the number of days of your Elimination Period shown in the Schedule of Insurance.

Any day of a period of Recovery will not count towards the Elimination Period.

E 644

After the Elimination Period, when a return to work as an Active Full-time Employee is followed by a recurrent Disability, and such Disability is:
1.  due to the same cause; or
2.  due to a related cause; and
3.  within 6 month(s) of the return to work,

the Period of Disability prior to your return to work and the recurrent Disability will be considered one Period of Disability, provided the Group Insurance Policy remains in force and your Employer continues to participate in such policy.

If you return to work as an Active Full-time Employee for 6 month(s) or more, any recurrence of a Disability will be treated as a new Disability. A new Disability is subject to a new Elimination Period and a new Maximum Duration of Benefits. The Elimination Period and Maximum Duration of Benefits Table are in the Schedule of Insurance.

The term "Period of Disability" as used in this provision means a continuous length of time during which you are Disabled under this plan.

## CALCULATION OF MONTHLY BENEFIT

**How are Disability benefits calculated?**

**Return to Work Incentive**
If you remain Disabled after the Elimination Period, but work while you are Disabled, we will determine your Monthly Benefit for a period of up to 12 consecutive months as follows:
1.  multiply your Pre-Disability Earnings by the Benefit Percentage;
2.  compare the result with the Maximum Benefit; and
3.  from the lesser amount, deduct Other Income Benefits.

Current Monthly Earnings will not be used to reduce your Monthly Benefit. However, if the sum of your Monthly Benefit and your Current Monthly Earnings exceeds 100% of your Pre-disability Earnings, we will reduce your Monthly Benefit by the amount of excess.

The 12 consecutive month period will start on the last to occur of:
1.  the day you first start such work; or
2.  the end of the Elimination Period.

If you are Disabled and not receiving benefits under the Return to Work Incentive, we will calculate your Monthly Benefit as follows:
1.  multiply your Monthly Income Loss by the Benefit Percentage;
2.  compare the result with the Maximum Benefit; and
3.  from the lesser amount, deduct Other Income Benefits.

The result is your Monthly Benefit.

**What happens if the sum of the Monthly Benefit, Current Monthly Earnings and Other Income Benefits exceeds 100% of Pre-disability Earnings?**
We will reduce your Monthly Benefit by the amount of the excess. However, your Monthly Benefit will not be less than the Minimum Monthly Benefit shown in the Schedule of Insurance.

If an overpayment occurs, we may recover all or any portion of an overpayment by reducing or withholding future benefit payments, including the Minimum Monthly Benefit.

**How is the benefit calculated for a period of less than a month?**
If a Monthly Benefit is payable for less than a month, we will pay 1/30 of the Monthly Benefit for each day you were Disabled.

Benefit Percentages and Maximum Benefits are shown in the Schedule of Insurance.

E 645

## REHABILITATION

**What is Rehabilitation?**
Rehabilitation is a process of working together to plan, adapt, and put into use options and services to meet your return to work needs.

A Rehabilitation program may include, when we consider it to be appropriate, any necessary and feasible:
1. vocational testing;
2. vocational training;
3. alternative treatment plans such as:
   a) support groups;
   b) physical therapy;
   c) occupational therapy; and
   d) speech therapy;
4. work-place modification to the extent not otherwise provided;
5. job placement; and
6. transitional work, and
7. similar services.

## FAMILY CARE CREDIT BENEFIT

**What if you must incur expenses for Family Care Services in order to participate in a Rehabilitative program?**
If you are working as part of a program of Rehabilitative Employment, we will, for the purpose of calculating your benefit, deduct the cost of Family Care from earnings received from a Rehabilitative program, subject to the following limitations:
1. Family Care means the care or supervision of:
   a) your children under age 13; or
   b) a member of your household who is mentally or physically handicapped and dependent upon you for support and maintenance;
2. the maximum monthly deduction allowed for each qualifying child or family member is:
   a) $350 during the first 12 months of Rehabilitative Employment; and
   b) $175 thereafter,
   c) but in no event may the deduction exceed the amount of your monthly earnings;
3. Family Care Credits may not exceed a total of $2,500 during a calendar year;
4. the deduction will be reduced proportionally for periods of less than a month;
5. the charges for Family Care must be documented by a receipt from the caregiver;
6. the credit will cease on the first to occur of the following:
   a) you are no longer in a Rehabilitative program; or
   b) Family Care Credits for 24 months have been deducted during your Disability; and
7. no Family Care provided by an immediate relative of the family member receiving the care will be eligible as a deduction under this provision. An immediate relative is a spouse, sibling, parent, step-parent, grandparent, aunt, uncle, niece, nephew, son, daughter or grandchild.

Your Current Monthly Earnings after the deduction of your Family Care Credit will be used to determine your Monthly Income Loss. In no event will you be eligible to receive a Monthly Benefit under the plan if your Current Monthly Earnings before the deduction of the Family Care Credit exceed 80% of your Indexed Pre-disability Earnings.

## SURVIVOR INCOME BENEFIT

**Will your survivors receive a benefit if you should die while receiving Disability Benefits?**

E 646

If you die while receiving benefits under this plan, a Survivor Benefit will be payable to:
1.  your surviving Spouse; or
2.  your surviving Child(ren), in equal shares, if there is no surviving Spouse.

If a minor Child is entitled to benefits, we may, at our option, make benefit payments to the person caring for and supporting the Child until a legal guardian is appointed.

The Benefit is one payment of an amount that is 3 times the lesser of:
1.  your Monthly Income Loss multiplied by the Benefit Percentage; or
2.  the Maximum Monthly Benefit shown in the Schedule of Insurance.

If there is no surviving Spouse or Child(ren), payment will be made to your estate, unless there is none. In this case, no payment will be made.

However, we will first apply the Survivor Benefit to any overpayment which may exist on your claim.

The following terms apply to this Benefit:
"Spouse" means your wife or husband who:
1.  is mentally competent; and
2.  was not legally separated from you at the time of your death.

"Child" means your son or daughter under age 23 who is dependent on you for financial support.

## WORKPLACE MODIFICATION BENEFIT

**Will our Rehabilitation program provide for modifications to the workplace to accommodate a Disabled employee's return to work?**
We will reimburse your Employer for the expense of reasonable modifications to your workplace to accommodate your Disability and enable you to return to work as an Active Full-time Employee.  To qualify for this benefit:
1.  your Disability must be covered by this plan;
2.  the Employer must agree to make modifications to the workplace in order to reasonably accommodate your return to work and the performance of the essential duties of your job; and
3.  any proposed modifications must be approved in writing by us.

Benefits paid for such workplace modification shall not exceed the amount equal to your Pre-disability Earnings multiplied by the Benefit Percentage.

We have the right, at our expense, to have you examined or evaluated by:
1.  a physician or other health care professional; or
2.  a vocational expert or rehabilitation specialist,

of our choice so that we may evaluate the appropriateness of any proposed modification.

The Employer's costs for approved modifications will be reimbursed after:
1.  the proposed modifications made on your behalf are complete;
2.  we have been provided written proof of the expenses incurred to provide such modification; and
3.  you have returned to work as an Active Full-time Employee.

This Workplace Modification benefit will not be payable if:
1.  the Employer does not incur any cost in making the modification;
2.  we have not given written approval of the modification prior to expenses being incurred; or
3.  you become self-employed, or return to work for another employer.

**Workplace Modification** means change in your work environment, or in the way a job is performed, to allow you to perform, while Disabled, the Essential Duties of your job. Payment of this benefit will not reduce or deny any benefit you are eligible to receive under the terms of this plan.

E 647

## PRE-EXISTING CONDITIONS LIMITATIONS

**Are there any other limitations on coverage?**
No benefit will be payable under the plan for any Disability that is due to, contributed to by, or results from a Pre-existing Condition, unless such Disability begins:
1. after the last day of 90 consecutive day(s) while insured during which you receive no medical care for the Pre-existing Condition; or
2. after the last day of 365 consecutive day(s) during which you have been continuously insured under this plan.

The amount of a benefit increase, which results from a change in benefit options, a change of class or a change in the plan, will not be paid for any Disability that is due to, contributed to by, or results from a Pre-existing condition, unless such Disability begins:
1. after the last day of 90 consecutive day(s) while insured for the increased benefit amount during which you receive no medical care for the Pre-existing Condition; or
2. after the last day of 365 consecutive day(s) during which you have been continuously insured for the increased benefit amount.

**Pre-existing Condition means:**
1. any accidental bodily injury, sickness, Mental Illness, pregnancy, or episode of Substance Abuse; or
2. any manifestations, symptoms, findings, or aggravations related to or resulting from such accidental bodily injury, sickness, Mental Illness, pregnancy, or Substance Abuse;

for which you received Medical Care during the 90 day period that ends the day before:
1. your effective date of coverage; or
2. the effective date of a Change in Coverage.

**Medical Care is received when:**
1. a Physician is consulted or medical advice is given; or
2. treatment is recommended, prescribed by, or received from a Physician.

Treatment includes but is not limited to:
1. medical examinations, tests, attendance or observation; and
2. use of drugs, medicines, medical services, supplies or equipment.

## CONTINUITY FROM A PRIOR PLAN

**Is there continuity of coverage from a Prior Plan?**
If you were:
1. insured under the Prior Plan;
2. Actively at Work; and
3. not eligible to receive benefits under the Prior Plan,

on the day before the Plan Effective Date, the Deferred Effective Date provision will not apply to you.

For purposes of this continuity of coverage provision only, you shall be considered actively at work while on any scheduled leave of absence for reasons other than your own Disability or any regularly scheduled vacation day, holiday or weekend day, or any unscheduled absence for reasons other than your own Disability otherwise permitted by Employer normal leave or absence policies.

E 648

If you become insured under the Group Insurance Policy on the Plan Effective Date and were covered under the Prior Plan on the day before the Plan Effective Date, the Pre-existing Conditions Limitation will cease to apply on the first to occur of the following dates:

1.  the Plan Effective Date, if your coverage for the Disability was not limited by a pre-existing condition restriction under the Prior Plan; or
2.  if your coverage was limited by a pre-existing condition restriction under the Prior Plan, the date the restriction would have ceased to apply had the Prior Plan remained in force.

However, the Pre-existing Conditions Limitation will apply after the Plan Effective Date to the amount of a benefit increase which results from a change in benefit options, a change of class or a change in the Plan.

The amount of the Monthly Benefit payable for a Pre-existing Condition in accordance with the previous paragraph will be the lesser of:

1.  the Monthly Benefit which was paid by the Prior Plan; or
2.  the Monthly Benefit provided by this plan.

No payment shall be made after the earlier to occur of:

1.  the date payments would have ceased under the Prior Plan; or
2.  the date payments cease under this plan.

If you received Monthly Benefits for Disability under the Prior Plan, and:

1.  you returned to work as an Active Full-time Employee before the Effective Date of this plan;
2.  within 6 months of the return to work, you have a recurrence of the same Disability under this plan; and
3.  there are no benefits available for the recurrence under the Prior Plan,

the Elimination Period of this plan, which would otherwise apply to the recurrence, will be waived if the recurrence would have been covered without any further Elimination Period under the Prior Plan had it remained in force.

## EXCLUSIONS

**What Disabilities are not covered?**

The plan does not cover, and no benefit shall be paid for any Disability:

1.  unless you are under the Regular Care of a Physician;
2.  that is caused or contributed to by war or act of war (declared or not);
3.  caused by your commission of or attempt to commit a felony, or to which a contributing cause was your being engaged in an illegal occupation; or
4.  caused or contributed to by an intentionally self-inflicted injury.

If you are receiving or are eligible for benefits for a Disability under a prior disability plan that:

1.  was sponsored by the Employer; and
2.  was terminated before the Effective Date of this plan,

no benefits will be payable for the Disability under this plan.

E 649

## TERMINATION

**When does your coverage terminate?**
You will cease to be covered on the earliest to occur of the following dates:
1.  the date the Group Insurance Policy terminates;
2.  the date the Group Insurance Policy no longer insures your class;
3.  the date premium payment is due but not paid by the Employer;
4.  the last day of the period for which you make any required premium contribution, if you fail to make any further required contribution;
5.  the date you cease to be an Active Full-time Employee in an eligible class including:
    a)  temporary layoff;
    b)  leave of absence; or
    c)  a general work stoppage (including a strike or lockout); or
6.  the date your Employer ceases to be a Participant Employer, if applicable.

**Does your coverage continue if your employment terminates because you are Disabled?**
If you are Disabled and you cease to be an Active Full-time Employee, your insurance will be continued:
1.  during the Elimination Period while you remain Disabled by the same Disability; and
2.  after the Elimination Period for as long as you are entitled to benefits under the Policy.

**Must premiums be paid during a Disability?**
No premium will be due for you:
1.  after the Elimination Period; and
2.  for as long as benefits are payable.

**Do benefits continue if the plan terminates?**
If you are entitled to benefits while Disabled and the Group Insurance Policy terminates, benefits:
1.  will continue as long as you remain Disabled by the same Disability; but
2.  will not be provided beyond the date we would have ceased to pay benefits had the insurance remained in force.

Termination for any reason of the Group Insurance Policy or your Employer's participation in such policy will have no effect on our liability under this provision.

## GENERAL PROVISIONS

**What happens if facts are misstated?**
If material facts about you were not stated accurately:
1.  your premium may be adjusted; and
2.  the true facts will be used to determine if, and for what amount, coverage should have been in force.

No statement made by you relating to your insurability will be used to contest the insurance for which the statement was made after the insurance has been in force for two years during your lifetime. In order to be used, the statement must be in writing and signed by you.

**When should we be notified of a claim?**
You must give us written notice of a claim within 30 days after Disability starts. If notice cannot be given within that time, it must be given as soon as possible. Such notice must include your name, your address and the Group Insurance Policy number.

**Are special forms required to file a claim?**
When we receive a notice of claim, you will be sent forms for providing us with Proof of Loss. We will send these forms within 15 days after receiving a notice of claim. If we do not send the forms within 15 days, you may submit any other written proof which fully describes the nature and extent of your claim.

**What is Proof of Loss?**

E 650

Proof of Loss may include but is not limited to the following:
1. documentation of:
   a) the date your Disability began;
   b) the cause of your Disability;
   c) the prognosis of your Disability;
   d) your Earnings or income, including but not limited to copies of your filed and signed federal and state tax returns; and
   e) evidence that you are under the Regular Care of a Physician;
2. any and all medical information, including x-ray films and photocopies of medical records, including histories, physical, mental or diagnostic examinations and treatment notes;
3. the names and addresses of all:
   a) Physicians and practitioners of healing arts you have seen or consulted;
   b) hospitals or other medical facilities in which you have been seen or treated; and
   c) pharmacies which have filled your prescriptions within the past three years;
4. your signed authorization for us to obtain and release:
   a) medical, employment and financial information; and
   b) any other information we may reasonably require;
5. your signed statement identifying all Other Income Benefits; and
6. proof that you and your dependents have applied for all Other Income Benefits which are available. You will not be required to claim any retirement benefits which you may only get on a reduced basis.

All proof submitted must be satisfactory to us.

**When must Proof of Loss be given?**
Written Proof of Loss must be sent to us within 90 days after the start of the period for which we owe payment. If proof is not given by the time it is due, it will not affect the claim if:
1. it was not possible to give proof within the required time; and
2. proof is given as soon as possible; but
3. not later than 1 year after it is due, unless you are not legally competent.

We may request Proof of Loss throughout your Disability. In such cases, we must receive the proof within 30 days of the request.

**What additional Proof of Loss is Hartford Life entitled to?**
To assist us in determining if you are Disabled, or to determine if you meet any other term or condition of the policy, we have the right to require you to:
1. meet and interview with our representative; and
2. be examined by a doctor, vocational expert, functional expert, or other medical or vocational professional of our choice.
Any such interview, meeting or examination will be:
1. at our expense; and
2. as reasonably required by us.

We reserve the right to determine if your Proof of Loss is satisfactory. Unless we determine you have a valid reason for refusal, we may deny, suspend or terminate your benefits if you refuse to be examined, or meet to be interviewed.

**When must one apply for Social Security Benefits?**
Upon Hartford Life's request, you must apply for Social Security disability benefits. You must apply within 45 days from the date of Hartford Life's request. If the Social Security Administration denies your claim for benefits, you will be required to follow the process established by the Social Security Administration to:
1. request a reconsideration of the denial; and
2. if denied again, to request a hearing before an Administrative Law Judge of the Office of Hearing and Appeals on your claim for Social Security benefits.

**How does Hartford Life estimate disability benefits under the United States Social Security Act?**
We reserve the right to reduce your Monthly Benefit by estimating the Social Security disability benefits you or your Dependent may be eligible to receive.

24

E 651

When we determine that you or your Dependent may be eligible for benefits, we may estimate the amount of these benefits. We may reduce your Monthly Benefit by the estimated amount.

Your Monthly Benefit will not be reduced by estimated Social Security disability benefits if:
1.  you apply for Social Security disability benefits and pursue all required appeals in accordance with the provision entitled "When must one apply for Social Security Benefits?"; and
2.  you have signed a form authorizing the Social Security Administration to release information about awards directly to us; and
3.  you have signed and returned Hartford Life's reimbursement agreement, which confirms that you agree to repay all overpayments.

If we have reduced your Monthly Benefit by an estimated amount and:
1.  you or your Dependent are later awarded Social Security disability benefits, we will adjust your Monthly Benefit when we receive proof of the amount awarded; or
2.  your application for Social Security disability benefits has been denied, we will adjust your Monthly Benefit when you provide us proof of final denial from which you cannot appeal from an Administrative Law Judge of the Office of Hearing and Appeals.

If we have not reduced your Monthly Benefit by an estimated Social Security disability benefit, we will adjust your Monthly Benefit upon receipt of proof of the amount of Social Security disability benefits awarded.

If we owe you a refund, we will make such refund in a lump sum. If your Monthly Benefit has been overpaid, you must make a lump sum refund to us equal to all overpayments, in accordance with the provision entitled "How does Hartford Life exercise the right to recover overpayments?"

**When does an overpayment occur?**
An overpayment occurs:
1.  when we determine that the total amount we have paid in benefits is more than the amount that was due to you under the plan; or
2.  when payment is made by us that should have been made under another group plan.

This includes, but is not limited to, overpayments resulting from:
1.  retroactive awards received from sources listed in the Other Income Benefits definition;
2.  failure to report, or late notification to us of any Other Income Benefit(s) or earned income;
3.  misstatement;
4.  fraud; or
5.  any error we may make.

In case of an overpayment, we have the right to recover the payment from one or more of the following:
1.  you;
2.  any other organization;
3.  any other insurance company; and
4.  any other person to or for whom payment was made.

**How does Hartford Life exercise the right to recover overpayments?**
We have the right to recover from you any amount that we determine to be an overpayment. You have the obligation to refund to us any such amount. Our rights and your obligations in this regard may also be set forth in the reimbursement agreement you will be required to sign when you become eligible for benefits under this Plan.

If benefits are overpaid on any claim, you must reimburse Hartford Life within 30 days.

If reimbursement is not made in a timely manner, Hartford Life has the right to:
1.  recover such overpayments from your estate;
2.  reduce or offset against any future benefits payable to you or your survivors , including the Minimum Monthly Benefit, until full reimbursement is made. Payments may continue when the overpayment has been recovered;
3.  refer your unpaid balance to a collection agency; and

E 652

4.  pursue and enforce all its legal and equitable rights in court.

**Who gets the benefit payments?**
All payments are payable to you. Any payments owed at your death may be paid to your estate. If any payment is owed to your estate, a person who is a minor or a person who is not legally competent, then we may pay up to $1,000 to any of your relatives who is entitled to it in our opinion. Any such payment shall fulfill our responsibility for the amount paid.

**When are payment checks issued?**
When we determine that you are Disabled and eligible to receive benefits, we will pay accrued benefits at the end of each month that you are Disabled. We may, at our option, make an advance benefit payment based on our estimated duration of your Disability. If any payment is due after a claim is terminated, it will be paid as soon as satisfactory Proof of Loss is received.

**What notification will you receive if your claim is denied?**
If a claim for benefits is wholly or partly denied, you will be furnished with written notification of the decision. This written decision will:
1.  give the specific reason(s) for the denial;
2.  make specific reference to the Policy provisions on which the denial is based;
3.  provide a description of any additional information necessary to prepare a claim and an explanation of why it is necessary; and
4.  provide an explanation of the review procedure.

**What recourse do You have if Your claim is denied?**
On any claim, the claimant or His representative must appeal to Us for a full and fair review.
1.  You must request a review upon written application within:
    a)  180 days of receipt of claim denial if the claim requires a determination of disability, or
    b)  60 days of receipt of claim denial for all other claims; and
2.  you may request copies of all documents, records, and other information relevant to your claim; and
3.  you may submit written comments, documents, records, and other information relating to your claim.

We will respond to you in writing with our final decision on your claim.

**When can legal action be started?**
Legal action cannot be taken against us:
1.  sooner than 60 days after due Proof of Loss has been furnished; or
2.  three years after the time written Proof of Loss is required to be furnished according to the terms of the Policy (five years in Kansas; six years in South Carolina).

**What happens if benefits are overpaid?**
An overpayment occurs when it is determined that the total amount we have paid in benefits is more than the amount that was due to you under the plan. This includes, but is not limited to, overpayments resulting from:
1.  retroactive awards of Other Income Benefits;
2.  failure to report, or late notification to us of Other Income Benefits or earned income;
3.  misstatement; or
4.  an error we may make.

We have the right to recover from you any amount that is an overpayment of benefits under this plan. You must refund to us the overpaid amount. We may also, without forfeiting our right to collect an overpayment through any means legally available to us, recover all or any portion of an overpayment by reducing or withholding future benefit payments, including the Minimum Monthly Benefit.

E 653

**What are our subrogation rights?**
If an Insured Person:
1.  suffers a Disability because of the act or omission of a third party;
2.  becomes entitled to and is paid benefits under the Group Insurance Policy in compensation for lost wages; and
3.  does not initiate legal action for the recovery of such benefits from the third party in a reasonable period of time,

then we will be subrogated to any rights the Insured Person may have against the third party and may, at our option, bring legal action to recover any payments made by us in connection with the Disability.

**How do we deal with fraud?**
Insurance Fraud occurs when you and/or your Employer, with the intent to injure, defraud or deceive us, provides us with false information or files a claim for benefits that contains any false, incomplete or misleading information. It is a crime if you and/or your Employer commit Insurance Fraud. We will use all means available to us to detect, investigate, deter and prosecute those who commit Insurance Fraud. We will pursue all available legal remedies if you and/or your Employer perpetrates Insurance Fraud.

**Who interprets policy terms and conditions?**
We have full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of the Group Insurance Policy.

**DEFINITIONS**

The terms listed will have these meanings.

**Actively at Work**
You will be considered to be actively at work with your Employer on a day which is one of your Employer's scheduled work days if you are performing, in the usual way, all of the regular duties of your job on a Full-time basis on that day. You will be deemed to be actively at work on a day which is not one of your Employer's scheduled work days only if you were actively at work on the preceding scheduled work day.

**Active Full-time Employee** means an employee who works for the Employer on a regular basis in the usual course of the Employer's business. The employee must work the number of hours in the Employer's normal work week. This must be at least the number of hours indicated in the Schedule of Insurance.

**Any Occupation** means an occupation for which you are qualified by education, training or experience, and that has an earnings potential greater than an amount equal to the lesser of the product of your Indexed Pre-disability Earnings and the Benefit Percentage and the Maximum Monthly Benefit shown in the Schedule of Insurance.

**Current Monthly Earnings** means the monthly earnings you receive from:
1.  the Employer while Disabled;
2.  other employment.

However, if the other employment is a job you held in addition to Active Full-time Employment with the Employer, then:
1.  during the Elimination Period, and while eligible to receive benefits for being Disabled from Your Occupation;
2.  any earnings from this other employment will be Current Monthly Earnings only to the extent that such earnings exceed the average monthly earnings you were receiving from this other job during the 6 month period immediately prior to becoming Disabled.

E 654

**Disability or Disabled** means:
1.  during the Elimination Period, you are prevented from performing one or more of the Essential Duties of Your Occupation;
2.  for the 24 months following the Elimination Period, you are prevented from performing one or more of the Essential Duties of Your Occupation, and as a result your Current Monthly Earnings are less than 80% of your Indexed Pre-disability Earnings;
3.  after that, you are prevented from performing one or more of the Essential Duties of Any Occupation.

If at the end of the Elimination Period, you are prevented from performing one or more of the Essential Duties of Your Occupation, but your Current Monthly Earnings are greater than 80% of your Pre-disability Earnings, your Elimination Period will be extended for a total period of 12 months from the original Date of Disability, or until such time as your Current Monthly Earnings are less than 80% of your Pre-disability Earnings, whichever occurs first.

Your Disability must be the result of:
1.  accidental bodily injury;
2.  sickness;
3.  Mental Illness;
4.  Substance Abuse; or
5.  pregnancy.

Your failure to pass a physical examination required to maintain a license to perform the duties of Your Occupation, alone, does not mean that you are Disabled.

**Employer** means the Participant Employer.

**Essential Duty** means a duty that:
1.  is substantial, not incidental;
2.  is fundamental or inherent to the occupation; and
3.  can not be reasonably omitted or changed.

To be at work for the number of hours in your regularly scheduled workweek is also an Essential Duty.

**Fund** means the trust fund established by the Trustee of the Group Voluntary Life and Disability Insurance Trust.

**Indexed Pre-disability Earnings** when used in this policy means your Pre-disability Earnings adjusted annually by adding the lesser of:
1.  10%; or
2.  the percentage change in the Consumer Price Index (CPI-W).

The adjustment is made January 1st each year after you have been Disabled for 12 consecutive months, and if you are receiving benefits at the time the adjustment is made.

The term Consumer Price Index (CPI-W) means the index for Urban Wage Earners and Clerical Workers published by the United States Department of Labor. It measures on a periodic (usually monthly) basis the change in the cost of typical urban wage earners' and clerical workers' purchase of certain goods and services. If the index is discontinued or changed, we may use another nationally published index that is comparable to the CPI-W.

For the purposes of this benefit, the percentage change in the CPI-W means the difference between the current year's CPI-W as of July 31st, and the prior year's CPI-W as of July 31st, divided by the prior year's CPI-W.

**Mental Illness** means any psychological, behavioral or emotional disorder or ailment of the mind, including physical manifestations of psychological, behavioral or emotional disorders, but excluding demonstrable, structural brain damage.

**Monthly Benefit** means a monthly sum payable to you while you are Disabled, subject to the terms of the Group Insurance Policy.

E 655

**Monthly Income Loss** is the difference of your Pre-disability Earnings less your Current Monthly Earnings.

**Monthly Rate of Basic Earnings** means your regular monthly rate of pay from the Employer just prior to the date you become Disabled:

1. including contributions you make through a salary reduction agreement with the Employer to:
    a) an Internal Revenue Code (IRC) Section 401(k), 403(b) or 457 deferred compensation arrangement;
    b) an executive non qualified deferred compensation arrangement; or
    c) a salary reduction arrangement under an IRC Section 125 plan; and
2. not including bonuses, commissions, overtime pay or expense reimbursements for the same period as above.

**Other Income Benefits** mean the amount of any benefit for loss of income, provided to you or to your family, as a result of the period of Disability for which you are claiming benefits under this plan. This includes any such benefits for which you or your family are eligible or that are paid to you, to your family or to a third party on your behalf, pursuant to any:

1. temporary disability benefits under a Workers' Compensation Law, the Jones Act, occupational disease law, similar law or substitutes or exchanges for such benefits;
2. governmental law or program that provides disability or unemployment benefits as a result of your job with the Employer;
3. plan or arrangement of coverage, whether insured or not, or as a result of employment by or association with the Employer or as a result of membership in or association with any group, association, union or other organization;
4. mandatory "no-fault" automobile insurance plan;
5. disability benefits under:
    a) the United States Social Security Act or alternative plan offered by a state or municipal government;
    b) the Railroad Retirement Act;
    c) the Canada Pension Plan, the Canada Old Age Security Act, the Quebec Pension Plan or any provincial pension or disability plan; or
    d) similar plan or act,
    that you, your spouse and children are eligible to receive because of your Disability; or
6. disability benefit from the Veteran's Administration, or any other foreign or domestic governmental agency:
    a) that begins after you become Disabled; or
    b) if you were receiving the benefit before becoming Disabled, the amount of any increase in the benefit that is attributed to your Disability.

Other Income Benefits also mean any payments that are made to you, your family, or to a third party on your behalf, pursuant to any:

1. disability benefit under the Employer's Retirement Plan;
2. permanent disability or impairment benefits under a Workers' Compensation Law, the Jones Act, occupational disease law, similar law or substitutes or exchanges of such benefits;
3. portion of a settlement or judgment, minus associated costs, of a lawsuit that represents or compensates for your loss of earnings;
4. retirement benefit from a Retirement Plan that is wholly or partially funded by employer contributions, unless:
    a) you were receiving it prior to becoming Disabled; or
    b) you immediately transfer the payment to another plan qualified by the United States Internal Revenue Service for the funding of a future retirement.
    Other Income Benefits will not include the portion, if any, of such retirement benefit that was funded by your after-tax contributions; or
5. retirement benefits under:
    a) the United States Social Security Act or alternative plan offered by a state or municipal government;
    b) the Railroad Retirement Act;
    c) the Canada Pension Plan, the Canada Old Age Security Act; the Quebec Pension Plan or any provincial pension or disability plan; or
    d) similar plan or act,
    that you, your spouse and children receive because of your retirement, unless you were receiving them prior to becoming Disabled.

E 656

If you are paid Other Income Benefits in a lump sum or settlement, you must provide proof satisfactory to us of:
1.  the amount attributed to loss of income; and
2.  the period of time covered by the lump sum or settlement.

We will pro-rate the lump sum or settlement over this period of time. If you cannot or do not provide this information, we will assume the entire sum to be for loss of income, and the time period to be 24 months. We may make a retroactive allocation of any retroactive Other Income Benefit. A retroactive allocation may result in an overpayment of your claim. Please see the provision entitled, "What happens if benefits are overpaid?"

The amount of any increase in Other Income Benefits will not be included as Other Income Benefits if such increase:
1.  takes effect after the date benefits become payable under this plan; and
2.  is a general increase which applies to all persons who are entitled to such benefits.

**Participant Employer** means an employer who agrees to pay the required contribution for his employees to the Fund.

**Physician** means a person who is:
1.  a doctor of medicine, osteopathy, psychology or other healing art recognized by us;
2.  licensed to practice in the state or jurisdiction where care is being given; and
3.  practicing within the scope of that license.

**Pre-disability Earnings** means your Monthly Rate of Basic Earnings in effect on the day before you became Disabled.

**Prior Plan** means the long term disability insurance carried by the Employer on the day before the Plan Effective Date.

**Recover** or **Recovery** means that you are no longer Disabled and have returned to work with the Employer and premiums are being paid for you.

**Regular Care of a Physician** means you are attended by a Physician, who is not related to you:
1.  with medical training and clinical experience suitable to treat your disabling condition; and
2.  whose treatment is:
    a)  consistent with the diagnosis of the disabling condition;
    b)  according to guidelines established by medical, research and rehabilitative organizations; and
    c)  administered as often as needed,

    to achieve the maximum medical improvement.

**Retirement Plan** means a defined benefit or defined contribution plan that provides benefits for your retirement and which is not funded wholly by your contributions. It does not include:
1.  a profit sharing plan;
2.  thrift, savings or stock ownership plans;
3.  a non-qualified deferred compensation plan; or
4.  an individual retirement account (IRA), a tax sheltered annuity (TSA), Keogh Plan, 401(k) plan or 403(b) plan.

**Substance Abuse** means the pattern of pathological use of alcohol or other psychoactive drugs and substances characterized by:
1.  impairments in social and/or occupational functioning;
2.  debilitating physical condition;
3.  inability to abstain from or reduce consumption of the substance; or
4.  the need for daily substance use to maintain adequate functioning.

Substance includes alcohol and drugs but excludes tobacco and caffeine.

**We, us** or **our** means the Hartford Life and Accident Insurance Company.

**You, your, Insured Person** means the Insured Person to whom this Booklet-certificate is issued.

E 657

**Your Occupation**, if used in this Booklet-certificate, means your occupation as it is recognized in the general workplace. Your Occupation does not mean the specific job you are performing for a specific employer or at a specific location.

E 658

## TABLE OF CONTENTS

### Group Life Insurance Benefits

|  | PAGE |
|---|---|
| CERTIFICATE OF INSURANCE | 33 |
| SCHEDULE OF INSURANCE | 34 |
| Who is eligible for coverage? | 34 |
| When will You become eligible? (Eligibility Waiting Period) | 34 |
| What is the Guaranteed Issue Amount? | 34 |
| What is Evidence of Good Health? | 34 |
| When will Evidence of Good Health be required? | 34 |
| What Life benefits are available to You? | 35 |
| What AD&D Benefits are available to You? | 35 |
| What reductions in Your coverage will occur due to Your age? | 35 |
| ELIGIBILITY AND ENROLLMENT | 36 |
| Must You contribute toward the cost of coverage? | 36 |
| How do You request coverage for Yourself? | 36 |
| When does coverage start? | 36 |
| What is the Deferred Effective Date provision for employees? | 36 |
| When are changes effective? | 37 |
| BENEFITS | 37 |
| Life Insurance Benefit | 37 |
| Accelerated Death Benefit | 38 |
| Accidental Death and Dismemberment (AD&D) Benefit | 38 |
| TERMINATION | 41 |
| When does Your coverage terminate? | 41 |
| Under what conditions can Your insurance be continued under the continuation provisions? | 41 |
| CONVERSION PRIVILEGE | 43 |
| GENERAL PROVISIONS | 43 |
| DEFINITIONS | 45 |
| STATUTORY PROVISIONS | 46 |
| ERISA | 50 |

Z-TERM (A00)
12-'96

E 659

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
Hartford, Connecticut
(Herein called Hartford Life)

---

**CERTIFICATE OF INSURANCE**
**under Master Group Insurance Policy GVL–016003**
**Effective August 1, 1989**
Issued by
**Hartford Life**
to
**TRUSTEE OF**
**THE WHOLESALE TRADE INDUSTRY GROUP VOLUNTARY LIFE AND DISABILITY INSURANCE**
**TRUST**
(Herein called the Policyholder)

This is to certify that We have issued and delivered the above named Group Insurance Policy (Policy) to The Policyholder. The Policy provides group insurance benefits to the Participant Employer's employees who:

- are eligible for the insurance;
- become insured; and
- continue to be insured,

according to the terms of the Policy.

The terms of the Policy which affect an employee's insurance are contained in the following pages. This Certificate of Insurance and the following pages will become Your Booklet-certificate. This Booklet-certificate is a part of the Policy. This Booklet-certificate replaces any other which We may have issued to the Participant Employer to give to You under the Policy specified herein.

Christine Hayer Repasy, *Secretary*          Thomas M. Marra, *President*

**Z-TERM(C00)**
12-'96

---

E 660

Some of the terms used within this Booklet-certificate are capitalized and have special meanings. Please refer to the definitions at the end of this Booklet-certificate when reading about Your benefits.

## SCHEDULE OF INSURANCE

Final interpretation of all provisions and coverages will be governed by the Group Insurance Policy on file with Hartford Life at its home office.

| | |
|---|---|
| The Participant Employer: | MINNESOTA METHANE LLC |
| Account Number: | 302812 |
| Policy Effective Date: | July 12, 2003 |
| Anniversary Date: | August 1 of each year, beginning in 2004. |

**Who is eligible for coverage?**
Eligible Class(es):                    All Active Full-time Employees who are U.S. citizens or U.S. residents, excluding temporary and seasonal employees

**When will You become eligible? (Eligibility Waiting Period)**
You are eligible on the later of either the Policy Effective Date or the date You enter an eligible class.

**What is the Guaranteed Issue Amount?**
This is the Amount of Insurance for which We do not require Evidence of Good Health. The Guaranteed Issue Amount is shown in the Schedule of Insurance.

**What is Evidence of Good Health?**
Evidence of Good Health is information about a person's health from which We can determine if coverage or increases in coverage will be effective. Information may include questionnaires, physical exams, or written documentation as required by Us.

Inquiries as to the status of Your submission of Evidence of Good Health should be addressed to Your Employer and/or Benefit Administrator. We, Your Employer and/or Benefit Administrator will notify You of approvals. We will notify You, in writing, of any disapprovals.

**When will Evidence of Good Health be required?**
Evidence of Good Health is required if You elect no coverage when eligible to do so and later opt for coverage for any Amount of Life Insurance for Yourself.

Evidence of Good Health must be provided at Your own expense.

If Evidence of Good Health is not approved in the situation(s) described above, no coverage, including the Guaranteed Issue Amount, will become effective.

Evidence of Good Health is also required the first time Your Amount of Life Insurance would exceed the Guaranteed Issue Amount for any coverage.

If Evidence of Good Health is not approved in this situation, You are eligible for the amount You requested for which Evidence of Good Health was not required.

Additionally, once approved, Evidence of Good Health will be required again only if:
1. Your Amount of Life Insurance is greater than the Guarantee Issue Amount and You increase Your coverage election;

**E 661**

However, if:
1. You do not submit Evidence of Good Health; or
2. Your Evidence of Good Health is not approved,

Your Amount of Life Insurance:
1. will increase, but only up to the amount for which You were eligible without having to provide Evidence of Good Health; and
2. will not increase again, or beyond that amount, until Your Evidence of Good Health is approved.

**AMOUNT OF LIFE INSURANCE**<br>**Employee Only**

**What Life benefits are available to You?**

**Amount of Life Insurance:**
a)  a Guaranteed Issue Amount equal to 2 times Your annual rate of basic Earnings, subject to a maximum of $200,000 without Evidence of Good Health; or
b)  a maximum amount equal to 2 times Your annual rate of basic Earnings, subject to a maximum of $250,000 with Evidence of Good Health,

rounded to the next higher multiple of $1,000, if not already such a multiple.

In no event however will Your Amount of Life Insurance be less than $10,000.

Your Amount of Life Insurance will be reduced by any life benefit:
1. paid to You under an accelerated death benefit in the Prior Plan; and
2. in force for You under any disability extension provision of the Prior Plan.

**If You convert, does it affect the Amount of Life Insurance benefit payable?**
The Amount of Life Insurance under the Policy will be reduced by the amount of the individual life insurance issued in accordance with the Conversion Privilege for reasons other than reductions in coverage.

**ACCIDENTAL DEATH, DISMEMBERMENT**<br>**AND LOSS OF SIGHT BENEFIT (AD&D)**<br>**Employee Only**

**What AD&D Benefits are available to You?**

**Principal Sum:**
An amount which equals the Amount of Life Insurance in force for You.

Although Evidence of Good Health is not required for AD&D benefits, the Principal Sum will not exceed the Amount of Life Insurance for which You are insured.

**REDUCED AMOUNTS OF INSURANCE**

**What reductions in Your coverage will occur due to Your age?**
Your Amount of Life Insurance and Principal Sum will decrease on the Anniversary Date which occurs on or next follows the date You attain any of the ages specified in the following table. The Amount of Life Insurance and Principal Sum in force immediately prior to that Anniversary Date will be reduced by the percentage indicated in the following table.

E 662

Additionally, if:
1.  You become insured under the Policy; or
2.  Your coverage increases,

on or after the date You attain age 65, We reduce the amount of coverage for which You would otherwise be eligible in the same manner.

| Age When Reduction Occurs | 65 | 70 | 75 | 80 | 85 | 90 | 95 |
|---|---|---|---|---|---|---|---|
| Percentage by which current amount of coverage (after all previous reductions) will be reduced | 35% | 35% | 35% | 25% | 25% | 25% | 25% |

Reduced amounts of Life Insurance and Principal Sum will be rounded to the next higher multiple of $500, if not already such a multiple.


## ELIGIBILITY AND ENROLLMENT


**Must You contribute toward the cost of coverage?**
With respect to Life Insurance and AD&D coverage, You do not contribute toward the cost.

**How do You request coverage for Yourself?**
If You are not required to contribute toward the cost of coverage, You are not required to request coverage. Enrollment will be automatic. However, You will be required to complete a beneficiary election form.

**When does coverage start?**
If You are not required to contribute toward the cost of coverage, You will become insured for the amount of coverage for which We do not require Evidence of Good Health on the date You become eligible for coverage.

All effective dates of coverage are subject to the Deferred Effective Date provision.

**What is the Deferred Effective Date provision for employees?**
If You are absent from work due to a physical or mental condition on the date Your insurance, an increase in coverage or a new benefit added to the Policy would otherwise have become effective, the effective date of Your insurance, any increase in insurance or the additional benefit will be deferred until the date You return to work as an Active Full-time Employee.

**Are there exceptions to the Deferred Effective Date provision?**
If You were actively at work or on an approved leave of absence in conformity with the Family or Medical Leave Act of 1993, and insured under the Prior Plan on the day before the Policy Effective Date and You would be eligible for coverage on the Policy Effective Date except that You are not able to meet the requirements of the Deferred Effective Date provision, then:
1.  the Deferred Effective Date provision will not apply to the original effective date of coverage; and
2.  the coverage amount shown in the Schedule of Insurance will not apply to You.

Instead, You will be considered to be insured and your coverage amount will be the lesser of:
1.  the Amount of Life Insurance and Principal Sum under the Prior Plan; or
2.  the Amount of Life Insurance and Principal Sum shown in the Schedule of Insurance,

E 663

reduced by:
1. any coverage amount in force or otherwise payable due to any disability benefit extension under the Prior Plan; or
2. any coverage amount that would have been in force due to any disability benefit extension under the Prior Plan had timely election for the disability provision been made.

You will remain insured under this provision until the first to occur of:
1. the date You return to work as an Active Full-time Employee;
2. the date Your insurance terminates for a reason stated under the Termination provision;
3. the last day of a period of 12 consecutive months which begins on the Policy Effective Date; or
4. the last day You would have been covered under the Prior Plan, had the Prior Plan not terminated.

**When are changes effective?**
The provisions, terms and conditions of the Schedule of Insurance or this Booklet-certificate may be modified, amended or changed at any time; consent from any covered individual is not required.

If there is any type of change in Your class, Earnings, the Schedule of Insurance or the Booklet-certificate which:
1. decreases an amount of coverage or deletes, limits or restricts the availability of a benefit or provision, then that decrease, deletion, limitation or restriction will be effective on the date the change in class, Earnings, the Schedule of Insurance or the Booklet-certificate is effective;
2. increases an amount of coverage or adds, improves or increases availability of a benefit or provision, then that increase, addition or improvement will be effective on the date the change in class, Earnings, the Schedule of Insurance or the Booklet-certificate is effective, subject to application of the Deferred Effective Date provision and Our approval where Evidence of Good Health is required.

## BENEFITS

### Life Insurance Benefit

**To whom and how are benefits paid?**
A completed claim form, a certified copy of the death certificate and Your enrollment form must be sent to the Employer or Us. When the required claim papers are received and approved by Us, the Amount of Life Insurance will be paid.

Your death benefit will be paid in a lump sum to the beneficiary(ies) designated by You in writing and on file with the Employer.

Unless You have requested something different, payment will be made as follows:
1. If more than one beneficiary is named, each will be paid an equal share.
2. If any named beneficiary dies before You, His share will be divided equally among the named surviving beneficiaries.

If no beneficiary is named, or if no named beneficiary survives You, We may, at Our option, pay:
1. up to $500 of Your life insurance to any party that We deem is entitled because of their payment of burial expenses. We will be released from further liability for any amount so paid; and/or
2. the executors or administrators of Your estate; or
3. Your surviving relatives in the following order:
   a) all to Your surviving spouse; or
   b) if Your spouse does not survive You, in equal shares to Your surviving children; or
   c) if no child survives You, in equal shares to Your surviving parents.

If a minor does not have a legal guardian, We may, until such a guardian is appointed, pay the person We deem to be caring for and supporting him. Such payment will be in monthly installments of not more than $200.

If a death benefit payable meets Our guidelines, then the benefit is payable into a checking account. Your beneficiary owns the checking account. A lump sum payment may be elected by writing a check for the full amount in the checking account.

E 664

**Accelerated Death Benefit**

**What is the benefit?**
If You are diagnosed as being Terminally Ill and proof of such diagnosis is provided by an attending physician licensed to practice in the United States, and You are:
1.  less than age 60; and
2.  insured for at least $10,000,

then You may request that a portion of Your Amount of Life Insurance be paid to You prior to death.

The request cannot exceed 80% of the in force Amount of Life Insurance, and is subject to a minimum of $3,000 and a maximum of $500,000. You may exercise this option only once per person.

For example, if You have an Amount of Life Insurance equal to $20,000 and You are Terminally Ill, You can request any portion of the life insurance between $3,000 to $16,000 to be paid to You now instead of to Your beneficiary at Your death. However, if You decide to request only $3,000 now, You cannot request the additional $13,000 in the future.

**What does Terminal Illness/Terminally Ill mean?**
Terminally Ill or Terminal Illness means that an individual has a life expectancy of 12 months or less.

**RECEIPT OF ANY BENEFITS IN ACCORDANCE WITH THIS PROVISION WILL REDUCE LIFE INSURANCE BENEFITS PAYABLE UPON DEATH.**

**What if an individual is no longer Terminally Ill?**
If diagnosed as no longer Terminally Ill, coverage may or may not remain in force. Coverage which remains in force will be reduced by any amount of Accelerated Death Benefits received and premium is due for this reduced amount. If coverage does not remain in force, then the reduced amount of coverage may be converted.

**What limitations apply to this benefit?**
The Accelerated Death Benefit provision will be subject to all applicable terms and conditions of the Policy.

No Accelerated Death Benefit will be paid if You are required by law to accelerate benefits to meet the claims of creditors, or if a government agency requires You to apply for benefits to qualify for a government benefit or entitlement.

**What if You made an assignment under this plan?**
If You have executed an assignment of rights and interest with respect to Your Amount of Life Insurance, in order to pay benefits to You under this provision, We must receive a release from the individual to whom the assignment was made before any benefits are payable.

**Accidental Death and Dismemberment (AD&D) Benefit**
**Employee Only**

**What conditions are necessary for benefits to become payable?**
We will pay a benefit if You suffer an accidental injury while insured and:
1.  a Loss results directly from such injury, independent of all other causes; and
2.  such Loss occurs within 365 days after the date of the accident causing the injury.

E 665

**When should We be notified of a claim?**
A claimant must give Us, or Our appropriate representative, written notice of a claim within 20 days after the Loss happens or starts. If notice cannot be given within that time, it must be given as soon as possible after that.

Such notice must include:
1. the claimant's name and address; and
2. the Policy or account number.

**Are special forms required to file a claim?**
Within 15 days of receiving a notice of claim, We or Our appropriate representative will send forms to the claimant for providing proof of Loss. If the forms are not provided within 15 days, the claimant may submit any other written proof which fully describes the nature and extent of claim.

**When must proof of Loss be given?**
Satisfactory written proof of Loss must be sent to Us or Our appropriate representative, within 90 days after the date of such Loss. However, all claims must be submitted to Us within 90 days of the date any individual's insurance terminates.

If proof is not given by the time it is due, it will not affect the claim if:
1. it was not possible to give proof within the required time; and
2. proof is given as soon as possible, but no later than a year after it is due unless the claimant is not legally competent.

**When and to whom will Your claim be paid?**
Benefits for Loss of life will be paid in accordance with Your life insurance beneficiary designation. Unless otherwise specified, benefits for all other Losses are payable to You.

Benefits for all other Losses will be paid as soon as due written proof is received. Benefits for all other Losses will be paid not more than 60 days after written proof is received.

Any payments other than for Loss of life which are owing at Your death may be paid to Your estate. If any payment is owed to:
1. Your estate;
2. a person who is a minor; or
3. a person who is not legally competent,

then We may pay up to $1,000 to Your relative who is entitled to it in Our opinion. Any such payment shall fulfill Our responsibility for the amount paid.

**What types of injuries are excluded from coverage?**
No benefit will be paid for a Loss caused or contributed to by:
1. sickness;
2. disease;
3. any medical treatment for items (1) or (2);
4. any infection, except a pus-forming infection of an accidental cut or wound;
5. war or any act of war, whether war is declared or not;
6. any injury received while in any armed service of a country which is at war or engaged in armed conflict;
7. any intentionally self-inflicted injury, suicide, or suicide attempt, whether sane or insane;
8. taking drugs, sedatives, narcotics, barbiturates, amphetamines or hallucinogens unless prescribed for or administered by a licensed physician; or
9. the injured person's intoxication.

Intoxication means that blood alcohol content or the results of other means of testing blood alcohol level, meet or exceed the legal presumption of intoxication under the law of the state where the accident took place.

E 666

**What is the benefit payable?**
The benefit payable for any Loss is that which is shown opposite the Loss in the following schedule. The Principal Sum is shown in the Schedule of Insurance. No benefit is payable for any Loss which is not shown in the schedule below.

| DESCRIPTION OF LOSS | BENEFIT |
| --- | --- |
| Loss of life | Principal Sum |
| Loss of a hand | One-half the Principal Sum |
| Loss of a foot | One-half the Principal Sum |
| Loss of an eye | One-half the Principal Sum |
| Loss of speech or hearing | One-half the Principal Sum |
| Loss of thumb and index finger on either hand | One-quarter the Principal Sum |
| Loss of movement of both upper and lower limbs (Quadriplegia) | Principal Sum |
| Loss of movement of three limbs (Triplegia) | Three-quarters the Principal Sum |
| Loss of movement of both lower limbs (Paraplegia) | Three-quarters the Principal Sum |
| Loss of movement of both upper and lower limbs on one side of the body (Hemiplegia) | One-half the Principal Sum |
| Loss of movement of one limb (Uniplegia) | One-quarter the Principal Sum |
| More than one of the above resulting from one accident | Principal Sum or the sum of the Benefits payable for each Loss, whichever is lesser. |

Loss means the following:
1.  Loss of a hand or foot means that it is completely cut off at or above the wrist or ankle joint.
2.  Loss of an eye means that sight in the eye is completely lost and cannot be recovered or restored.
3.  Loss of speech or hearing means that speech or hearing is lost entirely and the Loss cannot be recovered or restored. Hearing must be lost in both ears.
4.  Loss of movement of limbs means that the movement is completely lost and is irreversible.
5.  Loss of thumb and index finger means actual severance through or above the metacarpophalangeal joints.

**Seat Belt/Air Bag Benefit**
Subject to all conditions and limitations of this AD&D Benefit, if You suffer a Loss under the AD&D Benefit, while:
1.  a passenger riding in; or
2.  the licensed operator of,

an Automobile and, at the time of the accident, You were properly wearing a Seat Belt as verified on the police report, then a Seat Belt Benefit will be payable in addition to the Principal Sum.

**What is the Seat Belt Benefit payable?**
The Seat Belt Benefit payable is the lesser of:
1.  10% of the Principal Sum; or
2.  $10,000.

**What conditions are necessary for an Air Bag Benefit to become payable?**
If a Seat Belt Benefit is payable, We will pay an additional 5% of the Principal Sum, subject to a maximum of $5,000, as an Air Bag Benefit, provided that:
1.  You were positioned in a seat that was equipped with a factory installed Air Bag;
2.  You were properly strapped in the Seat Belt when the Air Bag inflated; and
3.  the police report establishes that the Air Bag inflated properly upon impact.

Air Bag means an inflatable supplemental passive restraint system installed by the manufacturer of the Automobile, or proper replacement parts as required by the Automobile manufacturer's specifications, that inflates upon collision to protect an individual from injury and death. An Air Bag is not considered a Seat Belt.

E 667

Automobile means a duly registered, four wheeled, private passenger car, pick-up truck, van, self-propelled motor home or sport utility vehicle which is not being used as a Common Carrier.

Common Carrier means a conveyance operated by a concern, other than the Employer, organized and licensed for the transportation of passengers for hire and operated by an employee of that concern.

Seat Belt means an unaltered belt, lap restraint, or lap and shoulder restraint installed by the manufacturer of the Automobile, or proper replacement parts as required by the Automobile manufacturer's specifications.

**Repatriation Benefit**
Subject to all conditions and limitations of this AD&D Benefit, if You die, then a Repatriation Benefit will be paid in addition to the Principal Sum. For a Repatriation Benefit to be payable, the death must occur outside the territorial limits of the state or country of Your place of permanent residence.

**What is the Repatriation Benefit payable?**
The Repatriation Benefit payable is the lesser of:
1.  the expense incurred for:
    a) preparation of Your body for burial or cremation; and
    b) transportation of Your body to the place of burial or cremation; or
2.  5% of the Principal Sum; or
3.  $5,000.

## TERMINATION
### Employee Coverage

**When does Your coverage terminate?**
Unless continued in accordance with the Exceptions to Termination section, Your insurance will terminate on the first to occur of:
1.  the date the Policy terminates;
2.  the last day of the period for which You made any required premium contribution, if You fail to make any further required contribution;
3.  the date You are no longer in a class eligible for coverage;
4.  the date Your Employer terminates Your employment;
5.  the date You are absent from work as an Active Full-time Employee; or
6.  the date on which Your Employer ceases to be a Participant Employer.

## EXCEPTIONS TO TERMINATION

**Under what conditions can Your insurance be continued under the continuation provisions?**
If You are absent from work as an Active Full-time Employee, Your insurance may be continued up to the maximum period of time stated. In each instance, such continuation shall be at the Employer's option, but must be according to a plan which applies to all employees in the same way. Continued coverage:
1.  is subject to any reductions in the Policy;
2.  is subject to payment of premium by the Employer; and
3.  terminates when the Policy terminates or Your Employer ceases to be a Participant Employer.

If Your employment status changes from Full-time to Part-time, all of Your coverages may be continued for 3 consecutive month(s) following the date of such change in employment status.

If You are absent from work due to sickness or injury, all of Your coverages may be continued until the last day of a period of 12 month(s) which begins on the date You were first absent from work as an Active Full-time Employee. If You feel that Your condition may continue for an extended period of time, You should request that Your Employer file a waiver of premium claim.

E 668

**What is Waiver of Premium?**
Waiver of premium is a provision which allows for continued employee life insurance, without payment of premium, while You are Disabled.

**To what coverages does the Waiver of Premium apply?**
These provisions apply only to Your Life Insurance.

Waiver of Premium does not apply to any AD&D Insurance.

**What conditions must be satisfied before You qualify for Waiver of Premium?**
1.   You must be less than age 60, insured and Disabled; and
2.   acceptable proof of Your condition must be furnished to Us within one year of Your last day of work as an Active Full-time Employee.

**What does Disabled mean?**
Disabled means that You have a condition that prevents You from doing any work for which You are or could become qualified by education, training or experience and it is expected that this condition will last for at least nine consecutive months from Your last day of work as an Active Full-time Employee; or You have been diagnosed with a life expectancy of 12 months or less.

**When will We waive premium?**
We will waive premium after proof that You are Disabled is provided by an attending physician licensed to practice in the United States and We approve the proof.  You will be notified by Us of the date We will begin to waive premium.

Continued coverage will be subject to any age reductions provided by any part of the Policy.

**What if You die before You qualify for Waiver of Premium?**
If:
1.   You should die within one year of Your last day of work as an Active Full-time Employee but prior to qualifying for waiver of premium; and
2.   You were Disabled,

We will pay the Amount of Life Insurance which is in force for You.

**Can We have You examined for proof that You continue to be Disabled?**
During the first two years following the date You qualify as Disabled, We may have You examined at reasonable intervals.  Thereafter, We will only require an annual examination to confirm that You continue to be Disabled.  If You fail to submit any required proof or refuse to be examined as required by Us, then Your coverage will terminate.

**What if You are no longer Disabled?**
If, for any reason, You are no longer Disabled, Your premium will no longer be waived.  On that date, You may or may not return to work.

If You return to work in an Eligible Class, then all of Your coverages will be reinstated subject to the terms of the Policy in effect on the reinstatement date.

If You do not return to work within an Eligible Class, and You are not eligible for any other group life insurance, then You are entitled to the Conversion Privilege.  You may convert the Amount of Life Insurance that is in force for You on the date it is determined that You are no longer Disabled.

**How long will premiums be waived?**
Your premium will be waived and Your coverage will be continued until You attain Normal Retirement Age.

On the date waiver of premium terminates, if You do not return to work, You will be entitled to convert Your coverage.  You may convert no more than Your Amount of Life Insurance that is in force on the date waiver of premium terminates.

E 669

**What if the Policy terminates before You qualify for waiver of premium?**
If the Policy terminates or an Employer ceases be a Participant Employer, before You qualify for waiver of premium, You may be eligible to convert. Additionally, You may later be approved for waiver of premium.

**What if the Policy terminates after You qualify for waiver of premium?**
Termination of the Policy, or an Employer ceasing to be a Participant Employer, will not affect Your coverage under the terms of this provision.

## CONVERSION PRIVILEGE

The following does not apply to any AD&D Benefits.

**When can an individual convert?**
If insurance, or any portion thereof, terminates, then any individual covered under the Policy may convert his life insurance to a conversion policy without providing Evidence of Good Health.

If the qualifying event is policy termination, termination of coverage for a class, or Your Employer is no longer a Participant Employer then the individual must have been insured for at least 5 years under the Policy in order to be eligible for this conversion privilege.

**What is the conversion policy?**
The conversion policy will:
1.  be on one of the life insurance policy forms, except term insurance, then customarily issued by Us for conversion purposes;
2.  contain no disability, supplementary or AD&D benefits; and
3.  be effective on the 32nd day after group life insurance terminates.

**How much can be converted?**
If the qualifying event is policy termination, termination of coverage for a class, or Your Employer is no longer a Participant Employer then the amount which may be converted is limited to the lesser of:
1.  the amount of group coverage in force prior to the qualifying event, reduced by the amount of any other group coverage for which the individual becomes covered within 31 days of termination of group coverage; or
2.  $2,000.

If conversion is due to retirement or any other qualifying event, the full amount of coverage lost may be converted.

**How does an individual convert coverage?**
To convert life insurance, the individual must, within 31 days of the date group coverage terminates, make written application to Us and pay the premium required for his age and class of risk.

**What if death occurs during the conversion election period?**
If the individual should die within the 31 day conversion election period, We will, upon receipt of acceptable proof of His death, pay the Amount of Life Insurance He was entitled to convert.

## GENERAL PROVISIONS

**When can this plan be contested?**
Except for non-payment of premium, the Policy cannot be contested after two years from the Policy Effective Date.

No statement relating to insurability will be used to contest the insurance for which the statement was made after the insurance has been in force for two years during the individual's lifetime. In order to be used, the statement must be in writing and signed by the affected individual.

E 670

**Who interprets policy terms and conditions?**
We have full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of the Policy.

**Are there any rights of assignment?**
 Except for the dismemberment benefits under the AD&D Benefit, You have the right to absolutely assign all of Your rights and interest under the Policy including, but not limited to, the following:
1.   the right to make any contributions required to keep the insurance in force;
2.   the privilege of converting; and
3.   the right to name and change a beneficiary.


No absolute assignment of rights and interest shall be binding on Us until and unless:
1.   the original of the form documenting the absolute assignment; or
2.   a true copy of it,

is received and acknowledged by Us at our home office.

We have no responsibility:
1.   for the validity or effect of any assignment; or
2.   to provide any assignee with notices which We may be obligated to provide to You.

**How do You designate or change Your beneficiary?**
You may designate or change a beneficiary by doing so in writing on a form satisfactory to Us and filing the form with the Employer.  Only satisfactory forms sent to the Employer prior to Your death will be accepted.

Designations will become effective as of the date You signed and dated the form, even if You have since died.  We will not be liable for any amounts paid before receiving notice of a beneficiary change from the Employer.

In no event may a beneficiary be changed by a Power of Attorney.

**What recourse do You have if Your claim is denied?**
On any claim, the claimant or His representative must appeal to Us for a full and fair review.
1.   You must request a review upon written application within:
     a)   180 days of receipt of claim denial if the claim requires a determination of disability, or
     b)   60 days of receipt of claim denial for all other claims; and
2.   you may request copies of all documents, records, and other information relevant to your claim; and
3.   you may submit written comments, documents, records, and other information relating to your claim.

We will respond to you in writing with our final decision on your claim.

**Can We have a claimant examined or request an autopsy?**
We reserve the right to have a claimant examined and to have an autopsy performed, if not forbidden by law.  Any such examinations will be as reasonably required by Us and at Our expense.

**What notification will You receive if Your claim is denied?**
If a claim for benefits is wholly or partly denied, the claimant will be furnished with written notification of the decision. This written decision will:
1.   give the specific reason(s) for the denial;
2.   make specific reference to the provisions upon which the denial is based; and
3.   provide an explanation of the review procedure.

**When can legal action be taken?**
Legal action cannot be taken against Us:
1.   sooner than 60 days after proof of loss has been furnished; or
2.   3 or more years after the time proof of loss is required to be furnished according to the terms of the Policy.

E 671

**How does this plan affect Workers' Compensation coverage?**
The Policy does not replace Workers' Compensation or affect any requirement for Workers' Compensation coverage.

**Physician-patient Relationship**
You may choose any licensed physician. We shall not in any way disturb the physician-patient relationship.

DEFINITIONS

**Active Full-time Employee** – An employee who works for the Employer on a regular basis in the usual course of the Employer's business. An employee must work at least the number of hours in the Employer's normal work week. This must be at least 20 hours. You will be considered actively at work with Your Employer on a day which is one of Your Employer's scheduled work days if You are performing, in the usual way, all of the regular duties of Your job on a Full-time basis on that day. You will also be considered actively at work on a paid vacation day or a day which is not one of Your Employer's scheduled work days only if You were actively at work on the preceding scheduled work day.

**Earnings** - Regular pay, not counting:
1.  commissions;
2.  bonuses;
3.  overtime pay; or
4.  any other pay or fringe benefits.

**Employer** – The Participant Employer named in the Schedule of Insurance.

**He/His** – He or she. His or her.

**Normal Retirement Age** – The Social Security Normal Retirement Age as stated in the 1983 revision of the United States Social Security Act. It is determined by Your date of birth.

**Participant Employer** – An Employer who agrees to participate in the Trust, pays the required contribution for His employees and is a Participant in accordance with the provisions of the Policy.

**Policy Effective Date** – The effective date of the Participant Employer's plan of insurance shown in the Schedule of Insurance.

**Prior Plan** – A plan of group term life insurance sponsored by the Employer which was in force on the day before the Policy Effective Date.

**Trust** – The Wholesale Trade Industry Group Voluntary Life and Disability Insurance Trust.

**We/Us/Our** – The Hartford Life and Accident Insurance Company.

**You/Your** – The employee to whom this Booklet-certificate is issued.

45

E 672

**STATUTORY PROVISIONS**

**MASSACHUSETTS**

SHORT TERM DISABILITY

The following provision is applicable to residents of Massachusetts and is included to bring your Booklet-certificate into conformity with Massachusetts state law.

**Continuation**

The following is added to the Termination section of your Booklet-certificate.

**Does your coverage continue if your employment terminates or you cease to be a member of an eligible class?**
If your insurance terminates because your employment terminates or you cease to be a member of an eligible class, your insurance will automatically be continued until the end of a 31 day period from the date your insurance terminates or the date you become eligible for similar benefits under another group plan, whichever occurs first.

If your insurance terminates because your employment is terminated as a result of a plant closing or covered partial closing, your insurance may be continued. You must elect in writing to continue insurance and pay the required premium for continued coverage. Coverage will cease on the earliest to occur of the following dates:
1.  ninety days from the date you were no longer eligible for coverage as an Active Full-time Employee;
2.  the date you become eligible for similar benefits under another group plan;
3.  the last day of the period for which required premium is made;
4.  the date the Group Insurance Policy terminates; or
5.  the date your Employer ceases to be a Participant Employer, if applicable.

Continued coverage is subject to all other applicable terms and conditions of the policy.

LONG TERM DISABILITY

The following provision is applicable to residents of Massachusetts and is included to bring your Booklet-certificate into conformity with Massachusetts state law.

**Continuation**

The following is added to the Termination section of your booklet.

**Does your coverage continue if your employment terminates or you cease to be a member of an eligible class?**
If your insurance terminates because your employment terminates or you cease to be a member of an eligible class, your insurance will automatically be continued until the end of a 31 day period from the date your insurance terminates or the date you become eligible for similar benefits under another group plan, whichever occurs first.

If your insurance terminates because your employment is terminated as a result of a plant closing or covered partial closing, your insurance may be continued. You must elect in writing to continue insurance and pay the required premium for continued coverage. Coverage will cease on the earliest to occur of the following dates:
1.  90 days from the date you were no longer eligible for coverage as an Active Full-time Employee;
2.  the date you become eligible for similar benefits under another group plan;
3.  the last day of the period for which required premium is made;

E  673

4.  the date the Group Insurance Policy terminates;
5.  the date your Employer ceases to be a Participant Employer, if applicable.

Continued coverage is subject to all other applicable terms and conditions of the policy.

## NEW JERSEY

LONG TERM DISABILITY

The following provision is applicable to residents of New Jersey and is included to bring your Booklet-certificate into conformity with New Jersey state law.

**Subrogation**

The provision entitled "What are our subrogation rights" appearing in the General Provisions section of your Booklet-certificate does not apply to you.

LIFE

The following provision is applicable to residents of New Jersey and is included to bring Your Booklet-certificate into conformity with New Jersey state law.

**Conversion Privilege**

The second paragraph under "When can an individual convert?" is replaced with the following:

If the qualifying event is Policy termination, termination of coverage for a class, or Your Employer is no longer a Participant Employer, then the individual must have been insured for at least 5 years under the Policy and Prior Plans in order to be eligible for this conversion privilege.

Additionally, any death benefits incurred during the 31 day conversion period are payable under the Group Insurance Policy, not the personal life policy.

## WASHINGTON

LIFE

The following provisions are applicable to residents of Washington and are included to bring Your Booklet-certificate into conformity with Washington state law.

**1.    Life Insurance Benefits Amended**

The amount We may pay to any party We deem is entitled because of their payment of burial expenses is up to the lesser of 15% of the Amount of Life Insurance or $1,000.

**2.    Accelerated Death Benefit - Employee Only**

The following replaces the benefit of the same title appearing in Your booklet-certificate.

47

E 674

## ACCELERATED DEATH BENEFIT

**What is the benefit?**
If You are diagnosed as being Terminally Ill and proof of such diagnosis is provided by an attending physician licensed to practice in the United States, and that person is:
1. less than age 60; and
2. insured for at least $10,000,

then You may request that a portion of that person's Amount of Life Insurance be paid to You prior to death.

The request cannot exceed 80% of the in force Amount of Life Insurance, and is subject to a minimum of $3,000 and a maximum of $500,000. You may exercise this option only once per person.

For example, if You have an Amount of Life Insurance equal to $20,000 and You are Terminally Ill, You can request any portion of the life insurance between $3,000 to $16,000 to be paid to You now instead of to Your beneficiary at Your death. However, if You decide to request only $3,000 now, You cannot request the additional $13,000 in the future.

**What does Terminal Illness/Terminally Ill mean?**
Terminally Ill or Terminal Illness means that the individual has a medical condition which a physician has certified is reasonably expected to result in death within 24 months or less after the date of certification.

**RECEIPT OF ANY BENEFITS IN ACCORDANCE WITH THIS PROVISION WILL REDUCE LIFE INSURANCE BENEFITS PAYABLE UPON DEATH.**

**IF YOU RECEIVE PAYMENT OF ACCELERATED BENEFITS UNDER THIS PLAN, YOU MAY LOSE YOUR RIGHT TO RECEIVE CERTAIN PUBLIC FUNDS SUCH AS MEDICARE, MEDICAID, SOCIAL SECURITY, SUPPLEMENTAL SECURITY, SUPPLEMENTAL SECURITY INCOME AND POSSIBLY OTHERS.**

**ANY BENEFITS RECEIVED UNDER THIS PROVISION MAY BE TAXABLE. SEE YOUR PERSONAL TAX ADVISOR FOR FURTHER INFORMATION.**

**ANY BENEFITS RECEIVED UNDER THIS PROVISION ARE INTENDED TO QUALIFY UNDER SECTION 101(g) (26 U.S.C 101(g)) OF THE INTERNAL REVENUE CODE OF 1986 AS AMENDED BY PUBLIC ACT 104-191.**

**What if an individual is no longer Terminally Ill?**
If diagnosed as no longer Terminally Ill, coverage may or may not remain in force.

Coverage which remains in force will be reduced by any amount of Accelerated Death Benefits received and premium is due for this reduced amount.

If coverage does not remain in force, then the reduced amount of coverage may be converted.

**What limitations apply to this benefit?**
The Accelerated Death Benefit provision will be subject to all applicable terms and conditions of the Policy.

No Accelerated Death Benefit will be paid if You are required by law to accelerate benefits to meet the claims of creditors, or if a government agency requires You to apply for benefits to qualify for a government benefit or entitlement.

The Accelerated Death Benefit provision does not apply to any Accidental Death, Dismemberment and Loss of Sight coverage, and no payment of an Accelerated Death Benefit will reduce or otherwise affect the amount of benefits available to You under any applicable Accidental Death, Dismemberment and Loss of Sight benefit.

E 675

**What if You made an assignment?**

If You have executed an assignment of rights and interest with respect to Your Amount of Life Insurance, in order to pay benefits to You under this provision, We must receive a release from the individual to whom the assignment was made before any benefits are payable.

**What if a dispute occurs over whether You are Terminally Ill?**

If Your attending physician, and a physician appointed by Us, disagree on whether You are Terminally Ill, Our physician's opinion will not be binding on You. The two parties shall attempt to resolve the matter promptly and amicably. In case the disagreement is not so resolved, You have the right to mediation or binding arbitration conducted by a disinterested third party who has no ongoing relationship with either party. Any such arbitration shall be conducted in accordance with the laws of the state of Washington. As part of the final decision, the arbitrator or mediator shall award the costs of the arbitration to one party or the other, or may divide the costs equally or otherwise.

E 676

**ERISA INFORMATION**

**THE FOLLOWING NOTICE**
**CONTAINS IMPORTANT INFORMATION**

This employee welfare benefit plan (Plan) is subject to certain requirements of the Employee Retirement Income Security Act of 1974 (ERISA), as amended. ERISA requires that you receive a Statement of ERISA Rights, a description of Claim Procedures, and other specific information about the Plan. This document serves to meet ERISA requirements and provides important information about the Plan.

The benefits described in your booklet-certificate (Booklet) are provided under a group insurance policy (Policy) issued by the Hartford Life and Accident Insurance Company (Insurance Company) and are subject to the Policy's terms and conditions. The Policy is incorporated into, and forms a part of, the Plan. The Plan has designated and named the Insurance Company as the claims fiduciary for benefits provided under the Policy. The Plan has granted the Insurance Company full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of the Policy.

A copy of the Plan is available for your review during normal working hours in the office of the Plan Administrator.

1. **Plan Name**

   Group Short Term Disability, Long Term Disability and Life Plan for employees of MINNESOTA METHANE LLC

2. **Plan Number**

   501

3. **Employer/Plan Sponsor**

   MINNESOTA METHANE LLC
   3013 Douglas Blvd., Suite 170
   Roseville, CA 95661

4. **Employer Identification Number**

   41-1761674

5. **Type of Plan**

   Welfare Benefit Plan providing Group Short Term Disability, Long Term Disability and Life.

6. **Plan Administrator**

   MINNESOTA METHANE LLC
   3013 Douglas Blvd., Suite 170
   Roseville, CA 95661

E 677

7.   **Agent for Service of Legal Process**

For the Plan

MINNESOTA METHANE LLC
3013 Douglas Blvd., Suite 170
Roseville, CA 95661

For the Policy:

Hartford Life And Accident Insurance Company
200 Hopmeadow St.
Simsbury, CT 06089

In addition to the above, Service of Legal Process may be made on a plan trustee or the plan administrator.

8.   **Sources of Contributions** -- The Employer pays the premium for the insurance, but may allocate part of the cost to the employee.  The Employer determines the portion of the cost to be paid by the employee.

9.   **Type of Administration** -- The plan is administered by the Plan Administrator with benefits provided in accordance with the provisions of the applicable group plan.

10.  The Plan and its records are kept on a Policy Year basis.

11.  **Labor Organizations**

None

12.  **Names and Addresses of Trustees**

None

13.  **Plan Amendment Procedure**

The Plan Administrator reserves full authority, at its sole discretion, to terminate, suspend, withdraw, reduce, amend or modify the Plan, in whole or in part, at any time, without prior notice.

The Employer also reserves the right to adjust your share of the cost to continue coverage by the same procedures.

E 678

**STATEMENT OF ERISA RIGHTS**

As a participant in the Plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA), as amended. ERISA provides that all Plan participants shall be entitled to:

1.      **Receive Information About Your Plan and Benefits**

   a)      Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

   b)      Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated summary Plan description. The administrator may make a reasonable charge for the copies.

   c)      Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

2.      **Prudent Actions by Plan Fiduciaries**

   In addition to creating rights for Plan participants ERISA imposes duties upon the people who are responsible for the operation of the employee benefit Plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

3.      **Enforce Your Rights**

   If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. If the Plan requires you to complete administrative appeals prior to filing in court, your right to file suit in state or Federal court may be affected if you do not complete the required appeals. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

4.      **Assistance with Your Questions**

   If you have any questions about your Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration (formerly known as the Pension and Welfare Benefits Administration), U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

E 679

**CLAIM PROCEDURES**

The Plan has designated and named the Insurance Company as the claims fiduciary for benefits provided under the Policy. The Plan has granted the Insurance Company full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of the Policy.

**Claim Procedures for Claims Requiring a Determination of Disability**

Claims for Benefits

If you or your authorized representative would like to file a claim for benefits for yourself or your insured dependents, you or your authorized representative should obtain a claim form(s) from your Employer or Plan Administrator. The applicable section of such form(s) must be completed by (1) you, (2) the Employer or Plan Administrator and (3) the attending physician or hospital. Following completion, the claim form(s) must be forwarded to the Insurance Company's claim representative. The Insurance Company will evaluate your claim and determine if benefits are payable.

The Insurance Company will make a decision no more than 45 days after receipt of your properly filed claim. The time for decision may be extended for two additional 30 day periods provided that, prior to any extension period, the Insurance Company notifies you in writing that an extension is necessary due to matters beyond the control of the Plan, identifies those matters and gives the date by which it expects to render its decision. If your claim is extended due to your failure to submit information necessary to decide your claim, the time for decision may be tolled from the date on which the notification of the extension is sent to you until the date we receive your response to our request. If the Insurance Company approves your claim, the decision will contain information sufficient to reasonably inform you of that decision.

Any adverse benefit determination will be in writing and include: 1) specific reasons for the decision, 2) specific references to the Policy provisions on which the decision is based, 3) a description of any additional material or information necessary for you to perfect the claim and an explanation of why such material or information is necessary, 4) a description of the review procedures and time limits applicable to such procedures, 5) a statement that you have the right to bring a civil action under section 502(a) of ERISA after you appeal our decision and after you receive a written denial on appeal, and 6) (A) if an internal rule, guideline, protocol, or other similar criterion was relied upon in making the denial, either (i) the specific rule, guideline, protocol or other similar criterion, or (ii) a statement that such a rule, guideline, protocol or other similar criterion was relied upon in making the denial and that a copy will be provided free of charge to you upon request, or (B) if denial is based on medical judgment, either (i) an explanation of the scientific or clinical judgment for the determination, applying the terms of the Policy to your medical circumstances, or (ii) a statement that such explanation will be provided to you free of charge upon request.

Appealing Denials of Claims for Benefits

On any wholly or partially denied claim, you or your representative must appeal once to the Insurance Company for a full and fair review. You must complete this claim appeal process before you file an action in court. Your appeal request must be in writing and be received by the Insurance Company no later than the expiration of 180 days from the date you received your claim denial. As part of your appeal:

1.      you may request, free of charge, copies of all documents, records, and other information relevant to your claim; and
2.      you may submit written comments, documents, records and other information relating to your claim.

The Insurance Company's review on appeal shall take into account all comments, documents, records and other information submitted by you relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

The Insurance Company will make a final decision no more than 45 days after it receives your timely appeal. The time for final decision may be extended for one additional 45 day period provided that, prior to the extension, the Insurance Company notifies you in writing that an extension is necessary due to special circumstances, identifies those circumstances and gives the date by which it expects to render its decision. If your claim is extended due to your failure to submit information necessary to decide your claim on appeal, the time for decision shall be tolled from the date on which the notification of the extension is sent to you until the date we receive your response to the request.

The individual reviewing your appeal shall give no deference to the initial benefit decision and shall be an individual who is neither the individual who made the initial benefit decision, nor the subordinate of such individual. The review process provides for the identification of the medical or vocational experts whose advice was obtained in connection with an initial adverse decision, without regard to whether that advice was relied upon in making that decision. When deciding an appeal that is based in whole or part on medical judgment, we will consult with a medical professional having the appropriate training and experience in the field of medicine involved in the medical judgment and who is neither an individual consulted in connection with the initial benefit decision, nor a subordinate of such individual. If the Insurance Company grants your claim appeal, the decision will contain information sufficient to reasonably inform you of that decision.

However, any final adverse benefit determination on review will be in writing and include: 1) specific reasons for the decision, 2) specific references to the Policy provisions on which the decision is based, 3) a statement that you have the right to bring a civil action under section 502(a) of ERISA, 4) a statement that you may request, free of charge, copies of all documents, records, and other information relevant to your claim; 5) (A) if an internal rule, guideline, protocol, or other similar criterion was relied upon in making the decision on appeal, either (i) the specific rule, guideline, protocol or other similar criterion, or (ii) a statement that such a rule, guideline, protocol or other similar criterion was relied upon in making the decision on appeal and that a copy will be provided free of charge to you upon request, or (B) if the decision on appeal is based on medical judgment, either (i) an explanation of the scientific or clinical judgment for the decision on appeal, applying the terms of the Policy to your medical circumstances, or (ii) a statement that such explanation will be provided to you free of charge upon request, and 6) any other notice(s), statement(s) or information required by applicable law.

## Claim Procedures for Claims Not Requiring a Determination of Disability

Claims for Benefits

If you or your authorized representative would like to file a claim for benefits for yourself or your insured dependents, you or your authorized representative should obtain a claim form(s) from your Employer or Plan Administrator. The applicable section of such form(s) must be completed by (1) you, (2) the Employer or Plan Administrator and (3) the attending physician or hospital. Following completion, the claim form(s) must be forwarded to the Insurance Company's claim representative. The Insurance Company will evaluate your claim and determine if benefits are payable.

The Insurance Company will make a decision no more than 90 days after receipt of your properly filed claim. However, if the Insurance Company determines that special circumstances require an extension, the time for its decision will be extended for an additional 90 days, provided that, prior to the beginning of the extension period, the Insurance Company notifies you in writing of the special circumstances and gives the date by which it expects to render its decision. If extended, a decision shall be made no more than 180 days after your claim was received. If the Insurance Company approves your claim, the decision will contain information sufficient to reasonably inform you of that decision.

However, any adverse benefit determination will be in writing and include: 1) specific reasons for the decision; 2) specific references to Policy provisions on which the decision is based; 3) a description of any additional material or information necessary for you to perfect the claim and an explanation of why such material or information is necessary; 4) a description of the review procedures and time limits applicable to such, and 5) a statement that you have the right to bring a civil action under section 502(a) of ERISA after you appeal our decision and after you receive a written denial on appeal.

E 681

Appealing Denials of Claims for Benefits

On any wholly or partially denied claim, you or your representative must appeal once to the Insurance Company for a full and fair review. You must complete this claim appeal process before you file an action in court. Your appeal request must be in writing and be received by the Insurance Company no later than the expiration of 60 days from the date you received your claim denial. As part of your appeal:

1.      you may request, free of charge, copies of all documents, records, and other information relevant to your claim; and

2.      you may submit written comments, documents, records and other information relating to your claim.

The Insurance Company's review on appeal shall take into account all comments, documents, records and other information submitted by you relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

The Insurance Company will make a final decision no more than 60 days after it receives your timely appeal. However, if the Insurance Company determines that special circumstances require an extension, the time for its decision will be extended for an additional 60 days, provided that, prior to the beginning of the extension period, the Insurance Company notifies you in writing of the special circumstances and gives the date by which it expects to render its decision. If extended, a decision shall be made no more than 120 days after your appeal was received. If the Insurance Company grants your claim appeal, the decision will contain information sufficient to reasonably inform you of that decision.

However, any final adverse benefit determination on review will be in writing and include: 1) specific reasons for the decision and specific references to the Policy provisions on which the decision is based, 2) a statement that your are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents records and other information relevant to the claim, 3) a statement of your right to bring a civil action under section 502(a) of ERISA, and 4) any other notice(s), statement(s) or information required by applicable law.

E 682

## RIDER

This rider is attached to and made a part of Group Policy No. GVL-016003 issued by the HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY to the POLICYHOLDER,

### TRUSTEE OF THE WHOLESALE TRADE INDUSTRY GROUP VOLUNTARY LIFE AND DISABILITY INSURANCE TRUST

It is understood and agreed that the policy is amended to include the following:

Participant:            MINNESOTA METHANE LLC

Account Number:      302812

Participation Requirements:

The Participant shall meet and maintain the following minimum participation requirements, in order to become a Participant and remain a Participant under the policy:
1.   9 or more eligible employees; and
2.   33% minimum employee participation.

The initial monthly premium rates are as follows:

Short Term Disability Benefits:           $.18 per $10 of covered weekly benefit

Long Term Disability Benefits:            $.68 per $100 of covered payroll

Basic Life Insurance:                     $.323 per $1,000

Supplemental Life Insurance:              for each $1,000 of Supplemental Life Insurance the monthly premium rate shall be determined as follows:

| Employee Age | Rate |
|---|---|
| Less than 25 | $.082 |
| 25 - 29 | $.082 |
| 30 - 34 | $.093 |
| 35 - 39 | $.144 |
| 40 - 44 | $.226 |
| 45 - 49 | $.381 |
| 50 - 54 | $.639 |
| 55 - 59 | $1.061 |
| 60 - 64 | $1.39 |
| 65 - 69 | $2.184 |
| 70 - 74 | $3.832 |
| 75  or over | $6.283 |

GR-11711(A) Rev. 7-'97

Supplemental Dependent Life Insurance:

Spouse:

for each $1,000 of Supplemental Dependent Life Insurance the monthly premium rate shall be determined as follows:

| Employee Age | Rate |
|---|---|
| Less than 25 | $.082 |
| 25 - 29 | $.082 |
| 30 - 34 | $.093 |
| 35 - 39 | $.144 |
| 40 - 44 | $.226 |
| 45 - 49 | $.381 |
| 50 - 54 | $.639 |
| 55 - 59 | $1.061 |
| 60 - 64 | $1.39 |
| 65 - 69 | $2.184 |
| 70 - 74 | $3.832 |
| 75  or over | $6.283 |

Child(ren):                                  $2.00 per child unit

Basic Accidental Death & Dismemberment and        $.03 per $1,000
Loss of Sight Benefit:

Supplemental Accidental Death & Dismemberment        $.03 per $1,000
and Loss of Sight Benefit:

**RATE GUARANTEE PERIOD:**

| | |
|---|---|
| Short Term Disability Benefits | until August 1, 2005 |
| Long Term Disability Benefits | until August 1, 2005 |
| Basic Life Insurance | until August 1, 2005 |
| Supplemental Life Insurance | until August 1, 2005 |
| Supplemental Dependent Life Insurance | until August 1, 2005 |
| Basic Accidental Death, Dismemberment and Loss of Sight Benefit | until August 1, 2005 |
| Supplemental Accidental Death, Dismemberment and Loss of Sight Insurance | until August 1, 2005 |

**PREMIUM DUE DATES:**
Monthly on the first of each month.

Subject to the Rate Guarantee period shown above, Hartford Life has the right to change premium rates on any premium due date if:
1. written notice is delivered to the Participant's last address on record; and
2. the change is effective at least 31 days after the date of notice.

The rate guarantee described above (the "Rate Guarantee") supersedes only those provisions appearing elsewhere in this policy which give Hartford Life the right to change the premium rates, and then, only for the period of time stated for the Rate Guarantee. However, Hartford Life may change the premium rates during the Rate Guarantee period if there is a change in the policy, or if there is a 10% increase or decrease in the number of Insured Persons, or if the Policyholder adds or deletes a subsidiary or affiliated business entity. Hartford Life may also change the premium rates during the Guarantee Period if there has been a material misstatement in the reported experience during the pre-sale process. The Rate Guarantee in no way affects, amends or supersedes any other provision in this policy.

**Grace Period**
Hartford Life will allow the Participant a 31 day grace period for the payment of all premiums after the first. During this 31 day period, the policy will stay in force. If the owed premium is not paid by the 31st day, participation in the policy will automatically terminate.  Premium is due for each day the policy is in force under the terms of this Grace Period.  If the Participant gives Hartford Life written advance notice of an earlier cancellation date, termination will occur on the earlier date. Premium is due for each day the policy is in force for each Participant.

GR-11711(A) Rev. 7-'97

## Calculation

Premiums may be calculated by multiplying the rate times the applicable numbers of units of coverage.

If any insurance is added, increased or becomes effective after a Participant's inclusion in the policy, premium charges will begin on:
1. the day the coverage is effective, if it is also the first day of a month; or if not
2. the first day of the next month.

For insurance which is terminated, premium charges will stop as of the first day of the next month. Premiums may be calculated by any other method which both Hartford Life and the Participant agree to in writing.

## Experience Rating

Any credit amount due the Participant because of experience rating will be allowed him on the Participant Anniversary Date and, at the Participant's request, will be:
1. paid to him in cash; or
2. used to reduce his premiums; or
3. used to provide additional insurance for covered persons.

Any credit amount shall be determined by the rating plan or plans used by Hartford Life.

## Termination Date for Participants

Coverage for a Participant will terminate on the first to occur of:
1. if applicable to such Participant's insurance coverage(s), the day following the Grace Period if a premium is due but unpaid;
2. the date a premium is due but unpaid;
3. the date such Participant withdraws from the Trust by giving written notice to Hartford Life;
4. the date such Participant elects to terminate coverage, by giving written notice to Hartford Life;
5. the date such Participant fails to maintain the applicable participation requirements; or
6. the date Hartford Life terminates the policy in its entirety or with respect to any Participant in accordance with the provisions of the policy.

Hartford Life may also terminate the Participant's coverage on any premium due date after such coverage has been in force for 12 months by giving the Participant 31 days written notice.

## Policy Termination

Hartford Life may terminate the policy on any premium due date after the policy has been in force for 12 months by giving the Policyholder 31 days written notice.

## Incorporation Provision

The Booklet-certificate(s) attached to this Rider and which is (are) listed below, is (are) hereby incorporated in and made a part of the policy. The terms found in the Booklet-certificate(s) will control the benefit amounts and provisions; rules of eligibility for individual employees and dependents; termination of insurance rules; exclusions; and other general policy provisions pertaining to ERISA, claims and state insurance law requirements.

The following Booklet-certificate(s) is (are) attached to this Rider:

302812(GVL)1
302812(GRH/GLT/GVL)1

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions or provisions of the policy, other than as herein stated.

GR-11711(A) Rev. 7-'97

This Rider is signed by the HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY to take effect as of July 12, 2003.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

Christine Hayer Repasy, *Secretary*                    Thomas M. Marra, *President*

Countersigned by_____
                          Licensed Resident Agent

GR-11711(A) Rev. 7-'97

**E 686**