LAURA E. FANNON (SBN 111500)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Defendants
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY, LONG-TERM DISABILITY AND LIFE PLAN
FOR EMPLOYEES OF MINNESOTA METHANE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. EPPLER,<br><br>    Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; LONG-TERM DISABILITY AND LIFE PLAN FOR EMPLOYEES OF MINNESOTA METHANE LLC,<br><br>    Defendants. | Case No.: C07-04696 WHA ADR<br><br>**PROPOSED ORDER GRANTING MOTION FOR SUMMARY JUDGMENT/ADJUDICATION RE EXHAUSTION OF ADMINISTRATIVE REMEDIES**<br><br>Date:  February 7, 2008<br>Time:  8:00 a.m.<br>Courtrooom: 9<br><br>Hon. William H. Alsup<br><br>Documents Attached:<br>1. Notice, Motion, and Memorandum;<br>2. Anderson Declaration;<br>3. Swanson Declaration;<br>4. Fannon Declaration. |

1   On February 7, 2008, the motion of defendants Hartford Life and Accident Insurance
2   Company ("The Hartford") and Long Term Disability and Life Plan for Employees of
3   Minnesota Methane LLC ("the Plan") (jointly, "defendants") for summary judgment or partial
4   summary judgment/summary adjudication of issues re: exhaustion of administrative remedies,
5   pursuant to Rule 56 of the Federal Rules of Civil Procedure, came on regularly for hearing
6   before the Honorable William H. Alsup.  Laura E. Fannon, Esq., of the law firm of Kelly,
7   Herlihy & Klein LLP, appeared for defendants and moving parties, and Julian Baum, Esq.,
8   appeared for plaintiff Mark A. Eppler ("plaintiff").  The court having considered all papers filed
9   in support of and in opposition to the motion, the arguments of counsel at the hearing on the
10  motion, and the pleadings on file in this action, and good cause appearing therefor, the court
11  hereby GRANTS defendants' motion on the ground that there is no genuine issue as to any
12  material fact, and defendants are entitled to judgment as a matter of law, in that plaintiff failed
13  to exhaust his administrative remedies before filing this suit for disability benefits under the
14  Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. section 1001 et seq.,
15  thereby barring this action.

17  Date: February ___, 2008

    _____
    William H. Alsup, Judge
    U.S. DISTRICT COURT