1  LAURA E. FANNON (SBN 111500)
   KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
2  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
3  Fax: (415) 391-7808

4

   Attorneys for Defendants
5  HARTFORD LIFE AND ACCIDENT INSURANCE
   COMPANY, LONG-TERM DISABILITY AND LIFE PLAN
6  FOR EMPLOYEES OF MINNESOTA METHANE LLC

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11 MARK A. EPPLER,                          ) Case No.: C07-04696 WHA ADR
                                            )
12              Plaintiff,                  ) SUPPLEMENTAL DECLARATION OF
                                            ) KAREN SWANSON IN SUPPORT OF
13       vs.                                ) MOTION FOR SUMMARY JUDGMENT/
                                            ) ADJUDICATION RE EXHAUSTION OF
14 HARTFORD LIFE AND ACCIDENT               ) ADMINISTRATIVE REMEDIES
   INSURANCE COMPANY; LONG-TERM             )
15 DISABILITY AND LIFE PLAN FOR             ) Date: February 7, 2008
   EMPLOYEES OF MINNESOTA                   ) Time: 8:00 a.m.
16 METHANE LLC,                             ) Courtrooom: 9
                                            )
17              Defendants.                 ) Hon. William H. Alsup
                                            )
18

19

20

21

22

23

24

25

26

27

28

   SUPPLEMENTAL DECLARATION OF KAREN SWANSON IN SUPPORT OF MOTION FOR
   SUMMARY JUDGMENT/ADJUDICATION RE EXHAUSTION OF ADMINISTRATIVE REMEDIES
                                                   CASE NO. C07-04696 WHA ADR

I, Karen Swanson, declare as follows:

1. I am employed by Hartford Life and Accident Insurance Company ("The Hartford") as a Team Leader, Operations Support Staff, in The Hartford's Minneapolis Disability Claim Office in Bloomington, Minnesota. This supplemental declaration is submitted in support of defendants' motion for summary judgment or adjudication re: exhaustion of administrative remedies. The following is based upon my personal knowledge of the facts stated herein and of the records maintained by The Hartford in the regular course of conducting its business. If called as a witness, I could and would testify competently to the following facts.

2. As promised in paragraph 7 of my declaration filed last week, I received the archived records of facsimile transmissions to the Minneapolis Disability Claim Office for 2006 and reviewed the records for November 30, 2006, which was the date of the letter from Julian Baum, Esq., that was provided to me by The Hartford's attorney, Laura Fannon, Esq. I also reviewed the fax records for December 1 and 2, 2006. Based upon this review, I affirm that the records for November 30, December 1, and December 2, 2006, did not contain any faxes from Mr. Baum or pertaining to Mark Eppler.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct. Executed this 7th day of January, 2008, at Bloomington, Minnesota.

_____
KAREN SWANSON

E:\27250\P08

-1-
SUPPLEMENTAL DECLARATION OF KAREN SWANSON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT/ADJUDICATION RE EXHAUSTION OF ADMINISTRATIVE REMEDIES
CASE NO. C07-04696 WHA ADR