<div style="float:left">
NORTHERN CALIFORNIA

TELEPHONE (415) 951-0535
FACSIMILE (415) 391-7808
WWW.KELHER.COM

LAURA E. FANNON
</div>

# Kelly, Herlihy & Klein LLP

ATTORNEYS AT LAW
44 MONTGOMERY STREET
SUITE 2500
SAN FRANCISCO, CALIFORNIA 94104-4602

<div style="float:right">
SOUTHERN CALIFORNIA

11500 OLYMPIC BLVD., SUITE 400
LOS ANGELES, CA 90064-1528
TELEPHONE (310) 312-4535
FACSIMILE (310) 312-4551
</div>

January 10, 2008

**BY E-MAIL**

Alice M. Fiel, ADR Case Administrator
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

        Re:    Mark A. Eppler v. LTD and Life Plan for Employees
                of Minnesota Methane LLC and Hartford Life
                N.D. Cal. Case No. C07-04696 WHA ADR
                <u>Our File No. 27250</u>

Dear Ms. Fiel:

      My firm represents defendants in the captioned matter. Pursuant to the Court's January 3, 2008 Notice of Appointment of Evaluator, C. Mark Humbert, Esq., has been appointed to serve as Evaluator in this matter. In his letter of introduction, Mr. Humbert disclosed that he currently is representing another party in a pending case in which this office is representing The Hartford, and in which Mr. Humbert's client has asserted a position adverse to The Hartford's. I am familiar with the pending case and have discussed the matter with The Hartford. Because the other matter is currently active, defendants prefer that another Evaluator be appointed in Mr. Humbert's stead.

      Please feel free to contact me if you have any questions.

                        Very truly yours,

                        KELLY, HERLIHY & KLEIN LLP

                        By _/s/ Laura E. Fannon_
                            Laura E. Fannon

cc:    Julian Baum, Esq. (by e-mail)
        Mark Humbert, Esq. (by e-mail)

E:\27250\L02