# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Eppler,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>Long Term Disability and Life Plan for Employees o,<br><br>                    Defendant(s). | 07-04696 WHA ENE<br><br>**Notice Vacating Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The appointment of C. Mark Humbert to serve as the Evaluator in this matter is vacated.  The ADR Unit will appoint another Evaluator to this matter as soon as possible.

Dated: January 10, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice Vacating Appointment of Evaluator**
07-04696 WHA MED