IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK EPPLER, an individual,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, LONG TERM DISABILITY AND LIFE PLAN FOR EMPLOYEES OF MINNESOTA METHANE LLC,

    Defendants.

No. C 07-04696 WHA

**NOTICE RE HEARING ON FEBRUARY 7, 2008**

    At the hearing on February 7, 2008, both parties should be prepared to address the following questions:

    1) Were claims manuals considered during the process of denying benefits to claimants?  Please address the applicability of *Brooks v. Metropolitan Life Insurance Co.*, 2007 WL 3299287 (D.Md. 2007), and any other decisions bearing on whether the claims manual is a "relevant" document within meaning of 29 C.F.R. 2560.503-1(m)(8).

    2) Should there be a tolling of the appeal period until all relevant documents timely requested by claimant has been provided by claims procedures?

3) Is there any sworn testimony in the record that demonstrates that the November 30 letter was in fact mailed?

4) Is a notice of "intent to appeal" without a subsequent "appeal" sufficient to at least require a second new review and decision on a de novo basis?

Please have case law directly on point for all four questions. Parties should not perceive this notice as a request for further submissions.

Dated: January 31, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2