LAURA E. FANNON (SBN 111500)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Defendants
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY, LONG-TERM DISABILITY AND LIFE PLAN
FOR EMPLOYEES OF MINNESOTA METHANE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. EPPLER,<br><br>                    Plaintiff,<br><br>          vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; LONG-TERM DISABILITY AND LIFE PLAN FOR EMPLOYEES OF MINNESOTA METHANE LLC,<br><br>                    Defendants. | Case No.: C07-04696 WHA ADR<br><br>**DECLARATION OF TIMOTHY J. SCULLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT/ ADJUDICATION RE EXHAUSTION OF ADMINISTRATIVE REMEDIES**<br><br>Date:  February 7, 2008<br>Time:  8:00 a.m.<br>Courtrooom: 9<br><br>Hon. William H. Alsup |

1    I, Timothy J. Scully, declare as follows:

2    1.    I work as an Investigation Specialist for the life insurance companies in The

3    Hartford's family of companies ("The Hartford"), including Hartford Life Insurance Company

4    and Hartford Life and Accident Insurance Company. I am employed in The Hartford's

5    Minneapolis Disability Claim Office in Bloomington, Minnesota. This declaration is submitted

6    in support of defendants' motion for summary judgment or adjudication re: exhaustion of

7    administrative remedies. The following is based upon my personal knowledge of the facts stated

8    herein and of the records maintained by The Hartford in the regular course of conducting its

9    business. If called as a witness, I could and would testify competently to the following facts.

10    2.    I have been employed in The Hartford's Minneapolis Disability Claim Office

11    since July 2000, and served as an Investigation Analyst/Specialist from May 2003 to October

12    2006. Before that I served as a claim examiner in long term disability (LTD) claims. In my

13    capacity as an Investigation Specialist, I personally participated in the investigation and

14    handling of the claim of Mark A. Eppler for disability benefits, and I am the person who wrote

15    the April 28, 2006 letter to Mr. Eppler advising him that his claim would not be paid beyond the

16    first two years.

17    3.    At the time of my evaluation of Mr. Eppler's claim, I had worked at The

18    Hartford handling disability claims for approximately six years. The online, and quite

19    voluminous, Benefits Management Services (BMS) manual, our claims manual, was available

20    in our office as a reference if needed. I recall Mr. Eppler's claim; however, I do not recall ever

21    having consulted, referred to, or relied upon the manual in handling and investigating Mr.

22    Eppler's claim. I typically consulted the manual only on a specific, as-needed basis for claims

23    involving unusual circumstances, and this was not such a claim.

24    I declare under penalty of perjury under the laws of the State of California and of the

25    United States that the foregoing is true and correct. Executed this _6th_ day of February, 2008, at

26    Simsbury, Connecticut.

27

28                                        Timothy J. Scully

-1-

DECLARATION OF TIMOTHY J. SCULLY IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT/ADJUDICATION RE EXHAUSTION OF ADMINISTRATIVE REMEDIES
CASE NO. C07-04696 WHA ADR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TIMOTHY J. SCULLY

E:\27250\P11

-2-