United States District Court
Northern District of California

1
2
3
4
5
6
7
8    # UNITED STATES DISTRICT COURT

9    ### Northern District of California

10   Eppler,                                            07-04696 WHA ENE

11              Plaintiff(s),              **Notice of Appointment of Evaluator**

12        v.

13   Long Term Disability and Life Plan for

14   Employees o,

15              Defendant(s).

16   TO COUNSEL OF RECORD:

17        The court notifies the parties and counsel that the Evaluator assigned to this

18   case is:

19                     **Harlan M. Richter**
                       134 Cumberland Way
20                     Alameda, CA 94502
                       510-337-9118
21
        Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which
22
     governs the ENE program.  The evaluator will schedule a joint phone conference with
23
     counsel under ADR L.R. 5-7 and will set the date of the ENE session within the
24
     deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court
25
     permits the evaluator to charge each party its pro rata share of the cost of the phone
26
     conference.
27
28

**Notice of Appointment of Evaluator**
07-04696 WHA ENE                        - 1 -

**United States District Court**
**Northern District of California**

1      Counsel are reminded that the written ENE statements required by the ADR L.R.

2   5-8 shall NOT be filed with the court.

3

4   Dated: February 8, 2008

5                                                RICHARD W. WIEKING
                                                 Clerk
6                                                by:      Alice M. Fiel

7

8   _____
                                                 ADR Case Administrator
9                                                415-522-3148
                                                 Alice_Fiel@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of Appointment of Evaluator**
07-04696 WHA ENE                          - 2 -