UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 7, 2008

Case No. C 07-04696 WHA

Title: EPPLER v. LONG TERM DISABILITY AND LIFE PLAN

Plaintiff Attorneys: Julian Baum

Defense Attorneys: Laura Fannon

Deputy Clerk: Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1) Plt's Motion for Summary Judgment - HELD

2) 

Continued to _ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Court placed plaintiff's counsel under oath to answer questions regarding the letter attached to declaration (dkt #18, ex. 5). Defendant can file the declaration of Timothy Scully.