1  LAURA E. FANNON (SBN 111500)
   KELLY, HERLIHY & KLEIN LLP
2  44 Montgomery Street, Suite 2500
   San Francisco, CA 94104-4798
3  Tel.: (415) 951-0535
   Fax: (415) 391-7808
4

5  Attorneys for Defendants
   HARTFORD LIFE AND ACCIDENT INSURANCE
   COMPANY, LONG-TERM DISABILITY AND LIFE PLAN
6  FOR EMPLOYEES OF MINNESOTA METHANE LLC

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 MARK A. EPPLER,                    )  Case No.: C07-04696 WHA ADR
                                      )
12              Plaintiff,            )  **STIPULATION/JOINT REQUEST FOR
                                      )  STAY OF ACTION DURING
13        vs.                         )  ADMINISTRATIVE APPEAL**
                                      )
14 HARTFORD LIFE AND ACCIDENT         )  Hon. William H. Alsup
   INSURANCE COMPANY; LONG-TERM       )
15 DISABILITY AND LIFE PLAN FOR       )
   EMPLOYEES OF MINNESOTA             )
16 METHANE LLC,                       )
                                      )
17              Defendants.           )
   _____ )
18

---

STIPULATION/JOINT REQUEST FOR STAY OF ACTION PENDING ADMINISTRATIVE APPEAL
CASE NO. C07-04696 WHA ADR

**STIPULATION AND JOINT REQUEST**

Plaintiff Mark A. Eppler and defendants Hartford Life and Accident Insurance Company and Long Term Disability and Life Plan for Employees of Minnesota Methane LLC hereby stipulate and agree as follows, and jointly request that the Court stay the action as set forth below.

1. On February 11, 2008, this Court entered an order denying defendants' motion for summary judgment re exhaustion of administrative remedies and remanding the matter to The Hartford to conduct its administrative review of plaintiff's claim ("the Remand Order").

2. Previously, on December 21, 2007, this court had ordered the parties to file the administrative record and motions for summary judgment on the merits on March 27, 2008, with a further Case Management Conference to be set for April 24, 2008.

3. Additionally, this matter was ordered to Early Neutral Evaluation on stipulation of the parties, and an evaluator, Harlan Richter, now has been appointed.

4. The Hartford anticipates needing the full period (45 days, plus a possible 45-day extension) permitted by 29 C.F.R. section 2560.503-1 to complete its review, which will require *inter alia* one or more further medical reviews.

THEREFORE, the parties jointly request as follows:

1. that this matter be stayed during the pendency of The Hartford's review of plaintiff's claim, which shall be completed in accordance with the requirements of 29 C.F.R. section 2560.503-1; and

2. that all dates currently on the court's calendar be vacated from the court's calendar, including the ADR deadlines and proceedings; or, in the alternative, that said dates be continued for an additional 90 to 120 days.

The parties agree that they will provide written status reports to the court at 45-day intervals from the date of the remand of this matter to The Hartford.

/// [signatures on following page]

-2-

BAUM & WEEMS

Date: February 15, 2008             By:  /s/ Julian M. Baum
                                         Julian M. Baum
                                         Attorneys for Plaintiff
                                         MARK A. EPPLER

KELLY, HERLIHY & KLEIN LLP

Date: February 15, 2008             By:  /s/ Laura E. Fannon
                                         Laura E. Fannon
                                         Attorneys for Defendants
                                         HARTFORD LIFE AND ACCIDENT
                                           INSURANCE COMPANY and LONG-
                                         TERM DISABILITY AND LIFE PLAN FOR
                                         EMPLOYEES OF MINNESOTA METHANE LLC

**ORDER**

IT IS HEREBY ORDERED:

1.     that this matter is stayed during the pendency of The Hartford's review of plaintiff's claim, which review shall be completed in accordance with the requirements of 29 C.F.R. section 2560.503-1;

2.     that all dates currently on the court's calendar are vacated from the court's calendar, including the ADR deadlines and proceedings, and/or are scheduled as follows:

Deadline for filing administrative record and motions for summary judgment:
   June 26, 2008

Deadline for completion of Early Neutral Evaluation Session:
   June 17, 2008

Further Case Management Conference:
   July 24, 2008

///

-3-

1       3.    the parties shall provide written status reports to the court at 45-day intervals
2 from the date of the remand of this matter to The Hartford.

3

4 Dated: February 19, 2008                 _____

5                                               William H. Alsup, Judge
                                              United States District Court

*(IT IS SO ORDERED — Judge William Alsup, signed)*

8 E:\27250\P12

-3-
STIPULATION/JOINT REQUEST FOR STAY OF ACTION PENDING ADMINISTRATIVE APPEAL
CASE NO. C07-04696 WHA ADR

**DECLARATION RE CONCURRENCE OF SIGNATORIES**
**UNITED STATES DISTRICT COURT, N.D. CAL.**
**GENERAL ORDER 45**

The undersigned ECF filer hereby attests that concurrence in the filing of the foregoing document has been obtained from each of the other signatories whose signature is indicated by the notation "/s/ [name of signatory]."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 15, 2008              /s/ Laura E. Fannon
                                      Laura E. Fannon