1  LAURA E. FANNON (SBN 111500)
   KELLY, HERLIHY & KLEIN LLP
2  44 Montgomery Street, Suite 2500
   San Francisco, CA 94104-4798
3  Tel.: (415) 951-0535
   Fax: (415) 391-7808
4

   Attorneys for Defendants
5  HARTFORD LIFE AND ACCIDENT INSURANCE
   COMPANY, LONG-TERM DISABILITY AND LIFE PLAN
6  FOR EMPLOYEES OF MINNESOTA METHANE LLC

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 | MARK A. EPPLER,                          )  Case No.: C07-04696 WHA ADR
                                              )
12 |         Plaintiff,                       )  **SUBSTITUTION OF ATTORNEY**
                                              )
13 |    vs.                                   )
                                              )
14 | HARTFORD LIFE AND ACCIDENT               )
   | INSURANCE COMPANY; LONG-TERM             )
15 | DISABILITY AND LIFE PLAN FOR             )
   | EMPLOYEES OF MINNESOTA                   )
16 | METHANE LLC,                             )
                                              )
17 |         Defendants.                      )
                                              )
18 | _____ )

19
20
21
22
23
24
25
26
27
28

1  TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES
2  HEREIN AND TO THEIR ATTORNEYS OF RECORD:

3  PLEASE TAKE NOTICE that defendants Hartford Life and Accident Insurance
4  Company ("The Hartford") and Long Term Disability and Life Plan for Employees of Minnesota
5  Methane LLC ("The Plan") hereby substitute counsel as follows:

7  **1.    Former legal representative:**

8  Kelly, Herlihy & Klein, LLP

10 **2.    New legal representative as of April 1, 2008:**

Laura E. Fannon (SBN 111500)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel: (415) 433-0990
Fax: (415) 434-1370

16 **3.    The parties making this substitution** are defendants, The Hartford and the Plan.

18 **4.    I consent to this substitution.**

20 Dated: March 24, 2008    The Hartford        _Briej Horay_
                            (Print Name)         (Signature of party/representative)

22 Dated: March ___, 2008   The Plan            _____
                            (Print Name)         (Signature of party/representative)

24 **5.    I consent to this substitution.**

26 Dated: March ___, 2008   Kelly, Herlihy & Klein LLP   _____
                            (Print Name)                 (Signature of former attorney)

-1-
SUBSTITUTION OF ATTORNEY
CASE NO. C07-04696 WHA ADR

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants Hartford Life and Accident Insurance Company ("The Hartford") and Long Term Disability and Life Plan for Employees of Minnesota Methane LLC ("The Plan") hereby substitute counsel as follows:

1. **Former legal representative:**

    Kelly, Herlihy & Klein, LLP

2. **New legal representative as of April 1, 2008:**

    Laura E. Fannon (SBN 111500)
    Wilson, Elser, Moskowitz, Edelman & Dicker LLP
    525 Market Street, 17th Floor
    San Francisco, CA 94105-2725
    Tel: (415) 433-0990
    Fax: (415) 434-1370

3. **The parties making this substitution** are defendants, The Hartford and the Plan.

4. **I consent to this substitution.**

Dated: March ___, 2008   The Hartford
                         (Print Name)        (Signature of party/representative)

Dated: March 24th, 2008  The Plan
                         (Print Name)        (Signature of party/representative)

5. **I consent to this substitution.**

Dated: March 31, 2008    Kelly, Herlihy & Klein LLP
                         (Print Name)        (Signature of former attorney)

-1-
SUBSTITUTION OF ATTORNEY
CASE NO. C07-04696 WHA ADR

-2-

1  6. **I am duly admitted to practice in this District and accept this substitution.**

3  Dated: April 4, 2008    Wilson, Elser, et al.    _[signature]_
                              (Print Name)              (Signature of new attorney)

7  **Substitution of Attorney is hereby approved:**

9  Date: _____, 2008

                                    _____
                                    UNITED STATES DISTRICT JUDGE

15  E:\27250\substitution

-2-
SUBSTITUTION OF ATTORNEY
CASE NO. C07-04696 WHA ADR