LAURA E. FANNON (SBN 111500)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Defendants
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY, LONG-TERM DISABILITY AND LIFE PLAN
FOR EMPLOYEES OF MINNESOTA METHANE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. EPPLER, <br><br> Plaintiff, <br><br> vs. <br><br> HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; LONG-TERM DISABILITY AND LIFE PLAN FOR EMPLOYEES OF MINNESOTA METHANE LLC, <br><br> Defendants. | Case No.: C07-04696 WHA ADR <br><br> **SUBSTITUTION OF ATTORNEY** |

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants Hartford Life and Accident Insurance Company ("The Hartford") and Long Term Disability and Life Plan for Employees of Minnesota Methane LLC ("The Plan") hereby substitute counsel as follows:

1. **Former legal representative:**

    Kelly, Herlihy & Klein, LLP

2. **New legal representative as of April 1, 2008**:

    Laura E. Fannon (SBN 111500)
    Wilson, Elser, Moskowitz, Edelman & Dicker LLP
    525 Market Street, 17th Floor
    San Francisco, CA 94105-2725
    Tel: (415) 433-0990
    Fax: (415) 434-1370

3. **The parties making this substitution** are defendants, The Hartford and the Plan.

4. I consent to this substitution.

Dated: March 24, 2008    The Hartford    _Brian Horan_
                         (Print Name)    (Signature of party/representative)

Dated: March ___, 2008   The Plan
                         (Print Name)    (Signature of party/representative)

5. I consent to this substitution.

Dated: March ___, 2008   Kelly, Herlihy & Klein LLP
                         (Print Name)    (Signature of former attorney)

-1-
SUBSTITUTION OF ATTORNEY
CASE NO. C07-04696 WHA ADR

1  TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES
2  HEREIN AND TO THEIR ATTORNEYS OF RECORD:
3      PLEASE TAKE NOTICE that defendants Hartford Life and Accident Insurance
4  Company ("The Hartford") and Long Term Disability and Life Plan for Employees of Minnesota
5  Methane LLC ("The Plan") hereby substitute counsel as follows:

7  **1.**    **Former legal representative:**
8      Kelly, Herlihy & Klein, LLP

10 **2.**    **New legal representative as of April 1, 2008**:

11     Laura E. Fannon (SBN 111500)
12     Wilson, Elser, Moskowitz, Edelman & Dicker LLP
    525 Market Street, 17th Floor
13     San Francisco, CA 94105-2725
    Tel: (415) 433-0990
14     Fax: (415) 434-1370

16 **3.**    **The parties making this substitution** are defendants, The Hartford and the Plan.

18 **4.**    **I consent to this substitution.**

20 Dated: March ___, 2008    The Hartford
    (Print Name)    (Signature of party/representative)
21
Dated: March 24th, 2008    The Plan
22     (Print Name)    (Signature of party/representative)

24 **5.**    **I consent to this substitution.**

26 Dated: March 31, 2008    Kelly, Herlihy & Klein LLP
27     (Print Name)    (Signature of former attorney)

-1-
SUBSTITUTION OF ATTORNEY
CASE NO. C07-04696 WHA ADR

-2-

6. **I am duly admitted to practice in this District and accept this substitution.**

Dated: April 4, 2008    Wilson, Elser, et al.       /s/ [signature]
                        (Print Name)                (Signature of new attorney)

**Substitution of Attorney is hereby approved:**

Date: __April 9__, 2008    _____
                           UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge William Alsup

E:\27250\substitution

SUBSTITUTION OF ATTORNEY
CASE NO. C07-04696 WHA ADR