**FILED**

JUN 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Eppler, | No. C 07-04696 WHA ENE |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Long Term Disability and Life Plan for Employees o, | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) __6/12/08__

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?   No
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☒ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: 6/12/08

Evaluator, Harlan M. Richter
134 Cumberland Way
Alameda, CA 94502

Certification of ADR Session
07-04696 WHA ENE