1  LAURA E. FANNON (SBN 111500)
   WILSON, ELSER, MOSKOWITZ,
2          EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, CA 94105-2725
   Tel.: (415) 433-0990
4  Fax: (415) 434-1370

5  Attorneys for Defendants
   HARTFORD LIFE AND ACCIDENT INSURANCE
6  COMPANY, HARTFORD LIFE AND ACCIDENT INSURANCE
   COMPANY, LONG-TERM DISABILITY AND LIFE PLAN
7  FOR EMPLOYEES OF MINNESOTA METHANE LLC

8  FOR EMPLOYEES OF MINNESOTA METHANE LLC

9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  MARK A. EPPLER,                          )  Case No.: C07-04696 WHA ADR
                                             )
14              Plaintiff,                   )  **DECLARATION OF LAURA E.**
                                             )  **FANNON IN SUPPORT OF**
15         vs.                               )  **DEFENDANTS' MOTION FOR**
                                             )  **SUMMARY JUDGMENT**
16  HARTFORD LIFE AND ACCIDENT               )
    INSURANCE COMPANY; LONG-TERM             )  Date:  July 31, 2008
17  DISABILITY AND LIFE PLAN FOR             )  Time:  8:00 a.m.
    EMPLOYEES OF MINNESOTA                   )  Courtrooom: 9
18  METHANE LLC,                             )
                                             )  Hon. William H. Alsup
19              Defendants.                  )
                                             )  Accompanying:
20  _____ )

21                                              1. Notice, Motion, and Memorandum;
                                                2. Notice of Manual Filing;
22                                              3. Davis Declaration;
                                                4. Proposed Order.

23

24

25

26

27

28

---

DECLARATION OF LAURA E. FANNON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
CASE NO. C07-04696 WHA ADR

360280.1

1    I, Laura E. Fannon, declare as follows:

2        1.    I am an attorney at law in good standing with the Bar of the State of California

3    and with the Bar of this Court. I serve as Of Counsel to Wilson, Elser, Moskowitz, Edelman &

4    Dicker LLP and am one of the attorneys of record for defendants Hartford Life and Accident

5    Insurance Company ("The Hartford") and Long-Term Disability and Life Plan for Employees

6    of Minnesota Methane LLC ("the Plan") in this action brought by plaintiff Mark A. Eppler

7    ("plaintiff"). I make this declaration in support of defendants' motion for summary judgment or

8    adjudication of issues. The following facts are based upon my personal knowledge. If called as

9    a witness, I could and would testify to the following facts.

10        2.    The administrative record in this matter, consisting of non-privileged documents

11    Bates numbered E001 to E686 and EA687 to EA1037, together with three surveillance CDs,

12    have been numbered by my office and at my direction, and also have been redacted in

13    compliance with General Order No. 53. These documents were received from The Hartford

14    without these numbers or redactions.

15        3.    Privileged documents have been withheld from the documents submitted to the

16    court or redacted to obscure privileged information. These documents include those numbered

17    E001, E049-51, E052-53, and E054, and a privilege log was provided to plaintiff at the time of

18    service of defendants' Initial Disclosures. A copy of this privilege log is attached hereto.

19        4.    As stated in the accompanying declaration of Christopher B. Davis, who has

20    authenticated the administrative record in accordance with this court's order, attorney-client

21    privileged communications exchanged during the course of a post-litigation remand are not

22    considered part of the administrative record. Therefore, no privilege log has been created for

23    these post-litigation documents. The only post-litigation document produced and redacted for

24    privilege is the page Bates numbered 1008. The redactions are of references to the amounts of

25    my former law firm's invoices.

26        5.    As noted, the documents numbered E001 to E686 and the surveillance videos

27    were previously produced to plaintiff. The documents numbered EA687 to EA1037, consisting

28    of the record on appeal, have been produced to plaintiff in Supplemental Disclosures served

-1-

1    today.  The bulk of these documents were received in this office from The Hartford's Appeals

2    Unit at the end of last week, a few days after the June 5, 2008 claim determination.  The balance

3    were received by e-mail this morning.  Therefore, it was not possible to produce these

4    documents earlier.  Plaintiff's attorney, Julian Baum, Esq., agreed in a telephone conversation

5    today that these supplemental documents could be served by mail today.  I therefore have

6    arranged to have them served by Federal Express today to ensure their arrival at plaintiff's

7    attorney's office by tomorrow, June 27, 2008.

8           I declare under penalty of perjury that the foregoing is true and correct.  Executed this

9    26th day of June, 2008, at San Francisco, California.

10

11                                          _____
                                                    Laura E. Fannon

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

DECLARATION OF LAURA E. FANNON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

CASE NO. C07-04696 WHA ADR

360280.1

PRIVILEGE LOG OF DEFENDANT
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY.

Mark A. Eppler v. Hartford Life and Accident Insurance Company
United States Northern District Court of California, Case No. C07-04696

The following documents were redacted or withheld from Hartford Life's production of documents:

| Bates | Date | To | From | Privilege | Document |
|---|---|---|---|---|---|
| E 001 | 10/18/07 | File | Katie Johnson | attorney/client | Summary Detail Report-post-lawsuit discussion of communication with counsel |
| E 001 | 10/22/07 | File | Todd Anderson | attorney/client | Summary Detail Report-post-lawsuit discussion of communication with counsel |
| E049-51 | 10/18-22 /07 | Katie Johnson/ Pam Wilkes | Katie Johnson/ Pam Wilkes | attorney/client, attorney work product | Post-lawsuit e-mails concerning representation and handling of litigation |
| E052-53 | 10/18/07 | Katie Johnson | Trond Aschehoug | Attorney/client | Post-lawsuit correspondence concerning representation and communications with counsel |
| E 054 | 1/31/06 | Timothy Scully | unknown | Privacy | Spreadsheet containing confidential information pertaining to other insureds |

E:\27250\priv