1  LAURA E. FANNON (SBN 111500)
   WILSON, ELSER, MOSKOWITZ,
2        EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, CA 94105-2725
   Tel.: (415) 433-0990
4  Fax: (415) 434-1370

5  Attorneys for Defendants
   HARTFORD LIFE AND ACCIDENT INSURANCE
6  COMPANY, HARTFORD LIFE AND ACCIDENT INSURANCE
   COMPANY, LONG-TERM DISABILITY AND LIFE PLAN
7  FOR EMPLOYEES OF MINNESOTA METHANE LLC

8  FOR EMPLOYEES OF MINNESOTA METHANE LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. EPPLER,<br><br>                Plaintiff,<br><br>       vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; LONG-TERM DISABILITY AND LIFE PLAN FOR EMPLOYEES OF MINNESOTA METHANE LLC,<br><br>                Defendants. | Case No.: C07-04696 WHA ADR<br><br>**NOTICE OF MANUAL FILING OF ADMINISTRATIVE RECORD IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: July 31, 2008<br>Time: 8:00 a.m.<br>Courtrooom: 9<br><br>Hon. William H. Alsup<br><br>Related Documents Being E-Filed:<br><br>1. Notice, Motion, and Memorandum;<br>2. Fannon Declaration;<br>3. Davis Declaration;<br>4. Proposed Order. |

---

NOTICE OF MANUAL FILING OF ADMINISTRATIVE RECORD IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
CASE NO. C07-04696 WHA ADR

360275.1

TO THE CLERK OF COURT AND TO PLAINTIFF MARK A. EPPLER AND TO HIS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that the administrative record in this action has been manually filed in connection with the motion of defendants Hartford Life and Accident Insurance Company and Long-Term Disability and Life Plan for Employees of Minnesota Methane LLC for summary judgment or adjudication of issues. The administrative record manually filed in this matter consists of non-privileged documents Bates numbered E001 to E686 and EA687 to EA1037, together with three surveillance CDs, and is authenticated in the declaration of Christopher B. Davis filed in support of defendants' motion. Identifying information has been redacted in compliance with General Order No. 53.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

Date: June 26, 2008        By     /s/Laura E. Fannon
                                   Laura E. Fannon
                            Attorneys for Defendants
                            HARTFORD LIFE AND ACCIDENT
                            INSURANCE COMPANY and LONG-
                            TERM DISABILITY AND LIFE PLAN FOR
                            EMPLOYEES OF MINNESOTA METHANE LLC

-1-
NOTICE OF MANUAL FILING OF ADMINISTRATIVE RECORD IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

CASE NO. C07-04696 WHA ADR

360275.1