1   LAURA E. FANNON (SBN 111500)
     WILSON, ELSER, MOSKOWITZ,
2       EDELMAN & DICKER LLP
     525 Market Street, 17th Floor
3   San Francisco, CA 94105-2725
     Tel.: (415) 433-0990
4   Fax: (415) 434-1370

5

6   Attorneys for Defendants
     HARTFORD LIFE AND ACCIDENT INSURANCE
     COMPANY, LONG-TERM DISABILITY AND LIFE PLAN
7   FOR EMPLOYEES OF MINNESOTA METHANE LLC

8

9               UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | MARK A. EPPLER, | ) | Case No.: C07-04696 WHA ADR |
|---|---|---|---|
| 13 |        Plaintiff, | ) ) | **PROPOSED ORDER GRANTING** |
| 14 |   vs. | ) ) ) | **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT/ ADJUDICATION** |
| 15 | HARTFORD LIFE AND ACCIDENT | ) ) | Date: July 31, 2008 |
| 16 | INSURANCE COMPANY; LONG-TERM DISABILITY AND LIFE PLAN FOR | ) ) | Time: 8:00 a.m. Courtroom: 9 |
| 17 | EMPLOYEES OF MINNESOTA METHANE LLC, | ) ) | Hon. William H. Alsup |
| 18 |      Defendants. | ) ) | Documents Attached: |
| 19 | ————————————— | ) | 1. Notice, Motion, and Memorandum; |
| 20 | | | 2. Fannon Declaration; 3. Davis Declaration; |
| 21 | | | 4. Notice of Manual Filing of Administrative Record. |

22

23

24

25

26

27

28

1    Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the motion of defendants

2  Hartford Life and Accident Insurance Company ("The Hartford") and Long Term Disability and

3  Life Plan for Employees of Minnesota Methane LLC ("the Plan") (jointly, "defendants") for

4  summary judgment or partial summary judgment/summary adjudication of issues came on

5  regularly for hearing on July 31, 2008, the Honorable William H. Alsup presiding.  Plaintiff was

6  represented by Julian Baum, Esq., of the Law Offices of Baum & Weems, and defendants were

7  represented by Laura Fannon, Esq., of the law firm of Wilson, Elser, Moskowitz, Edelman &

8  Dicker LLP.

9    The court having considered the documents filed in support of and in opposition to the

10  motion, the arguments of counsel at the hearing on the motion, the entire administrative record,

11  and the pleadings on file in this action, and good cause appearing, the court hereby GRANTS

12  defendants' motion for summary judgment on the grounds that (1) that there is no triable issue

13  of fact, and defendants are entitled to judgment as a matter of law, in that the Plan's designated

14  claim administrator, The Hartford, did not abuse its discretion in terminating plaintiff's long-

15  term disability benefits under an employee welfare benefit plan governed by the Employee

16  Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. section 1001 et seq.; and (2) there

17  is no independent basis for liability against the Plan.

18

19  Date:                                    _____

20                                              William H. Alsup, Judge
                                              United States District Court
21

22

23

24

25

26

27

28

-1-

PROPOSED ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT/ADJUDICATION

CASE NO. C07-04696 WHA ADR

360305.1