1  LAURA E. FANNON (SBN 111500)
   WILSON, ELSER, MOSKOWITZ,
2       EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, CA 94105-2725
   Tel.: (415) 433-0990
4  Fax: (415) 434-1370

5

6  Attorneys for Defendants
   HARTFORD LIFE AND ACCIDENT INSURANCE
   COMPANY, LONG-TERM DISABILITY AND LIFE PLAN
7  FOR EMPLOYEES OF MINNESOTA METHANE LLC

8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 MARK A. EPPLER,                    ) Case No.: C07-04696 WHA ADR
                                      )
13             Plaintiff,             ) **CORRECTED CAPTION PAGE:**
                                      ) **NOTICE, MOTION, AND**
14      vs.                           ) **MEMORANDUM OF POINTS AND**
                                      ) **AUTHORITIES IN SUPPORT OF**
15 HARTFORD LIFE AND ACCIDENT         ) **MOTION FOR SUMMARY**
   INSURANCE COMPANY; LONG-TERM       ) **JUDGMENT/ADJUDICATION**
16 DISABILITY AND LIFE PLAN FOR       )
   EMPLOYEES OF MINNESOTA             ) **(Correction is to title of motion only)**
17 METHANE LLC,                       )
                                      ) Date: July 31, 2008
18         Defendants.                ) Time: 8:00 a.m.
                                      ) Courtroom: 9
19 _____   )

20                                    Hon. William H. Alsup

21                                    Documents Attached:
                                      1. Fannon Declaration;
22                                    2. Davis Declaration;
                                      3. Notice of Manual Filing of
23                                       Administrative Record;
                                      4. Proposed Order.
24

25

26

27

28

NOTICE, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT/ADJUDICATION
CASE NO. C07-04696 WHA ADR

359709.1