JULIAN M. BAUM (CA State Bar No. 130892)
THOMAS J. FUCHS
BAUM & WEEMS
9 Tenaya Lane
Novato, California 94947
Telephone: (415) 892-3152
Facsimile: (415) 892-3096

Attorneys for Plaintiff
MARK A. EPPLER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. EPPLER, an individual, | Case No. C07-04696 WHA |
| Plaintiff, | |
| v. | DECLARATION OF JULIAN M. BAUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT/ADJUDICATION |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; LONG TERM DISABILITY AND LIFE PLAN FOR EMPLOYEES OF MINNESOTA METHANE LLC, | Date: August 7, 2008<br>Time: 8:00 a.m.<br>Courtroom: Hon. William H. Alsup<br>United States District Judge |
| Defendants. | |

1   I, Julian M. Baum declare as follows:

2   1.   I am a member of the Bar of this Court, and counsel of record for plaintiff in this
3   action.

4   2.   I have personal knowledge of the matters stated herein.

5   3.   Attached hereto as Exhibit A is a true and correct copy of a letter I received from
6   Thomas B. Lewis, M.D., dated July 16, 2008.

7   4.   Attached hereto as Exhibit B is a true and correct copy of a letter dated April 29,
8   2008 which I received on that date or shortly thereafter, from defendants' counsel.

9   I declare under penalty of perjury under the laws of the United States of America that the
10  foregoing is true and correct.

11  Dated: July 17, 2008                                   /s/ by Julian M. Baum
12                                                         Julian M. Baum