# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

525 Market Street, 17th Floor, San Francisco, CA 94105-2725
Tel: 415.433.0990   Fax: 415.434.1370

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

April 29, 2008

Julian M. Baum, Esq.
Baum & Weems
9 Tenaya Lane
Novato, California 94947

Re:  Eppler v. Hartford Life and Accident Insurance Company
     Our File No.: 10948.00003

Dear Julian:

Thank you for your April 22, 2008 letter. With respect to your earlier request to have your client undergo an IME, I addressed The Hartford's position in our first status report to the court: i.e., The Hartford would not find an IME helpful, given that the question pertinent to this review is whether your client satisfied the disability definition in the policy as of April 2006, when benefits were terminated, rather than currently. I apologize for not having put this information in a letter to you as well.

Your letter also asks for "copies of the additional materials generated and/or reviewed by The Hartford to date . . . ." This will confirm that you have all such materials to date. A copy of the medical reviewer's report on this review will be sent to you when it is complete.

Please let me know if you have any questions concerning this matter.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Laura E. Fannon

350060.1