1  LAURA E. FANNON (SBN 111500)
   WILSON, ELSER, MOSKOWITZ,
2        EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, CA 94105-2725
   Tel.: (415) 433-0990
4  Fax: (415) 434-1370

5

   Attorneys for Defendants
6  HARTFORD LIFE AND ACCIDENT INSURANCE
   COMPANY, LONG-TERM DISABILITY AND LIFE PLAN
7  FOR EMPLOYEES OF MINNESOTA METHANE LLC

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  MARK A. EPPLER,                         )  Case No.: C07-04696 WHA ADR
                                            )
13              Plaintiff,                  )  **DEFENDANTS' OBJECTIONS TO**
                                            )  **PLAINTIFF'S EVIDENCE SUBMITTED**
14        vs.                               )  **IN OPPOSITION TO DEFENDANTS'**
                                            )  **MOTION FOR SUMMARY JUDGMENT/**
15  HARTFORD LIFE AND ACCIDENT              )  **ADJUDICATION**
    INSURANCE COMPANY; LONG-TERM            )
16  DISABILITY AND LIFE PLAN FOR            )  Date:  August 7, 2008
    EMPLOYEES OF MINNESOTA                  )  Time:  8:00 a.m.
17  METHANE LLC,                            )  Courtrooom: 9
                                            )
18        Defendants.                       )  Hon. William H. Alsup
                                            )
19  _____)  Document attached:

20                                             Reply Memorandum

21

22

23

24

25

26

27

28

1    Defendants object to and move to strike the following evidence submitted by plaintiff in

2   support of his opposition to defendants' motion for summary judgment or adjudication of issues

3   scheduled for hearing on August 7, 2008:

4    **Exhibit A to the Declaration of Julian M. Baum.**

5    Exhibit A to plaintiff's attorney's declaration is stated to be a letter from Thomas B.

6   Lewis, M.D., to Mr. Baum dated July 16, 2008.  Dr. Lewis purports to comment on the report of

7   the consulting physician who performed a records review for The Hartford during the appeal

8   process after remand, as well as on defendants' motion for summary judgment more generally.

9   Given that The Hartford made and communicated to Mr. Baum its decision on appeal on June 5,

10  2008, Dr. Lewis's July 16, 2008 letter is outside the administrative record.  The Hartford

11  therefore objects to and moves to strike Dr. Lewis's letter on the ground that it is not relevant.

12  FRE 401.  See also the cases cited in defendants' accompanying Reply Memorandum.  In

13  addition, Dr. Lewis has not been qualified or appointed to testify as an expert in this matter with

14  respect to the matters he addresses in Exhibit A, FRE 701-706, and he has not demonstrated

15  personal knowledge of any facts beyond those stated in his 2007 report of examination of

16  plaintiff.  FRE 602.

17                                                        WILSON, ELSER, MOSKOWITZ,
                                                          EDELMAN & DICKER, LLP
18

19  Date: July 24, 2008                      By_____/s/Laura E. Fannon_____
                                                                Laura E. Fannon
20                                                          Attorneys for Defendants
                                                    HARTFORD LIFE AND ACCIDENT
21                                                      INSURANCE COMPANY and LONG-
                                                    TERM DISABILITY AND LIFE PLAN FOR
22                                                  EMPLOYEES OF MINNESOTA METHANE LLC
23

24

25

26

27

28

-1-