## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>August 7, 2008</u>

Case No.  <u>C07-4696 WHA</u>

Title: Mark Eppler v. Hartford Life

Plaintiff Attorneys:    Julian Baum

Defense Attorneys:    Laura Fannon

Deputy Clerk: <u>Frank Justiliano</u>

Court Reporter:   <u>Sahar McVickar</u>

**PROCEEDINGS**

1)   <u>Dft's Motion For Summary Judgment / Adjudication; and CMC -    Held.</u>

2)   <u>                                                                                                       </u>

**ORDERED AFTER HEARING:**

The Court takes the matter under submission with an order to follow.