JULIAN M. BAUM (CA State Bar No. 130892)
LAW OFFICES OF
JULIAN M. BAUM & ASSOCIATES
9 Tenaya Lane
Novato, California 94947
Telephone: (415) 892-3152
Facsimile: (888) 452-3849
Electronic mail: JMB@JMBLawGroup.com

Attorneys for Plaintiff
MARK A. EPPLER

FILED
08 SEP -3 PM 3:50
ORIGINAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. EPPLER, an individual, | Case No. C07-04696 WHA |
| Plaintiff, | |
| v. | NOTICE OF APPEAL |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; LONG TERM DISABILITY AND LIFE PLAN FOR EMPLOYEES OF MINNESOTA METHANE LLC, | |
| Defendants. | |

1   MARK A. EPPLER, plaintiff herein, appeals to the United States Court of Appeal
2   for the Ninth Circuit from the final judgment of the district court, entered in this case on
3   August 7, 2008, and all interlocutory orders that gave rise to that judgment, including but not
4   limited to the order of the district court entered on August 7, 2008 (docket number 53).

6   Dated: September 3, 2008                JULIAN M. BAUM
                                            LAW OFFICES OF
7                                           JULIAN M. BAUM & ASSOCIATES

11                                       by___signed by Julian M. Baum___
                                            JULIAN M. BAUM
12                                          Attorneys for Plaintiff MARK EPPLER

**PROOF OF SERVICE**

*Mark A. Eppler v. Hartford Life And Accident Insurance Company et al.*

*N.D. Cal. No. C07-04696 WHA*

I, Julian M. Baum declare:

I am employed in the County of Marin; my business address is 9 Tenaya Lane, Novato California 94947. I am over the age of 18 years and not a party to the foregoing action.

On September 3, 2008, I served the following documents:

NOTICE OF APPEAL

CIVIL APPEALS DOCKETING STATEMENT

REPRESENTATION STATEMENT

_X_ **(by mail)** on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At the Law Offices of Julian M. Baum & Associates, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the County of Marin, California.

_____ **(by facsimile transmission)** on all parties in said action, by transmitting said document(s) from our office facsimile machine (415) 892-3096, to facsimile machine number(s) shown below. Following transmission, I received a "Transmission Report" from our fax machine indicating that the transmission had been transmitted without error.

COUNSEL / PARTIES:

Laura E. Fannon                                             ALL DEFENDANTS
Wilson Elser Moskowitz, Edelman & Dicker LLP
525 Market Street, 17th Floor
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the date first set forth above, in Marin County, California.

/s/ Julian M. Baum
Julian M. Baum