UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

September 5, 2008

**CASE INFORMATION:**
Short Case Title:  <u>MARK A. EPPLER</u>-v- <u>LONG TERM DISABILITY AND LIFE PLAN</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>Northern District of California, Judge William Alsup</u>
Criminal and/or Civil Case No.:  <u>CV 07-04696 WHA </u>
Date Complaint/Indictment/Petition Filed: <u>09/12/07</u>
Date Appealed order/judgment *entered* 08/07/08
Date NOA *filed* 09/03/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):        ☐ granted in full (attach order)        ☐ denied in full (send record)
                               ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>09/03/08</u>        Date Docket Fee Billed:
Date FP granted:                             Date FP denied:
Is FP pending? ☐ yes  <u>X</u> no             Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes   x no
Companion Cases?  Please list: N/A

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:     Julian M. Baum              Appellee Counsel: Laura E. Fannon
                       Baum & Weems                 Wilson, Elser, Moskowitz, Edelman & Dicker LLP
                       9 Tenaya Lane                525 Market Street, 17th Floor
                       Novato , CA 94947            San Francisco , CA 94105
                       415-892-3152                 415-433-0990
                       Fax: 888-452-3849            Fax: 415-434-1370
                       Email: <u>JMB@JMBLawGroup.Com</u>   Email: <u>laura.fannon@wilsonelser.com</u>

<u>X</u> retained   ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                   Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Susan Imbriani</u>
                                                    (415) 522-2061